Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mission Bay Ski & Bike, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-3479819** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1110 South Street**<br>**Elgin, IL**<br>ZIP Code **60123** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☒ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ☒ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Official Form 1 (4/07)**                                                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mission Bay Ski & Bike, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                                                    FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Mission Bay Ski & Bike, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X  **/s/ Bruce Dopke**
_____
Signature of Attorney for Debtor(s)

**Bruce Dopke 3127052**
Printed Name of Attorney for Debtor(s)

**Bruce Dopke, Attorney at Law**
Firm Name

**P.O. Box 681246**
**Schaumburg, IL 60168-1246**

_____
Address

                    **Email: bruce@dopkelaw.com**
**847-524-4811  Fax: 847-524-4131**
Telephone Number

**November  7, 2007**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Troy Crady**
_____
Signature of Authorized Individual

**Troy Crady**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November  7, 2007**
Date

Form 4
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Mission Bay Ski & Bike, Inc.**             Case No.                  
                                    Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **American Bicycle Group**<br>**P.O. Box 402953**<br>**Atlanta**<br>**Atlanta, GA 30384-2953** | **American Bicycle Group**<br>**P.O. Box 402953**<br>**Atlanta**<br>**Atlanta, GA 30384-2953** | **Goods sold and delivered.** | | **10,107.69** |
| **AT&T Real Yellow Pages**<br>**Dex**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** | **AT&T Real Yellow Pages**<br>**Dex**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** | **Advertising** | | **14,621.85** |
| **Bell Sports, Inc.**<br>**3367 Paysphere Circle**<br>**Chicago, IL 60674** | **Bell Sports, Inc.**<br>**3367 Paysphere Circle**<br>**Chicago, IL 60674** | **Goods sold and delivered.** | | **4,304.79** |
| **Blue Seventy Wetsuits**<br>**117 W. Denny Way**<br>**Suite 215**<br>**Seattle, WA 98119** | **Blue Seventy Wetsuits**<br>**117 W. Denny Way**<br>**Suite 215**<br>**Seattle, WA 98119** | **Goods sold and delivered.** | | **12,351.50** |
| **Felt Racing**<br>**12 Chrysler**<br>**Irvine, CA 92618** | **Felt Racing**<br>**12 Chrysler**<br>**Irvine, CA 92618** | **Goods sold and delivered.** | | **6,575.59** |
| **FIA Card Services**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** | **FIA Card Services**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** | **Charges** | | **6,614.22** |
| **Illinois Department of Revenue**<br>**Retailer's Occupation Tax**<br>**Springfield, IL 62796-0001** | **Illinois Department of Revenue**<br>**Retailer's Occupation Tax**<br>**Springfield, IL 62796-0001** | **Retailer's Occupation Tax** | | **6,073.00** |
| **Internal Revenue Service**<br>**200 W. Adams**<br>**Chicago, IL 60606** | **Internal Revenue Service**<br>**200 W. Adams**<br>**Chicago, IL 60606** | **Withholding Taxes** | | **2,092.06** |
| **JB Importers**<br>**P.O. Box 930849**<br>**Atlanta, GA 31193-0849** | **JB Importers**<br>**P.O. Box 930849**<br>**Atlanta, GA 31193-0849** | **Goods sold and delivered.** | | **5,666.10** |
| **Look Cycle USA**<br>**6300 San Ignacio Ave**<br>**Suite G**<br>**San Jose, CA 95119** | **Look Cycle USA**<br>**6300 San Ignacio Ave**<br>**Suite G**<br>**San Jose, CA 95119** | **Goods sold and delivered.** | | **4,071.09** |

In re    **Mission Bay Ski & Bike, Inc.**                                  Case No. _____
                                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| National City Credit Card<br>P.O. Box 856176<br>Louisville, KY 40285-6176 | National City Credit Card<br>P.O. Box 856176<br>Louisville, KY 40285-6176 | Charges | | 6,458.01 |
| Northwave Cycling Shoes<br>400 N. 34th Street<br>Suite 203<br>Seattle, WA 98103 | Northwave Cycling Shoes<br>400 N. 34th Street<br>Suite 203<br>Seattle, WA 98103 | Goods sold and delivered. | | 1,783.62 |
| Pearl Izumi<br>Dept 272<br>Denver, CO 80271-0272 | Pearl Izumi<br>Dept 272<br>Denver, CO 80271-0272 | Goods sold and delivered. | | 1,834.48 |
| Quality Bicycle<br>6400 W. 105th Street<br>Minneapolis, MN 55438 | Quality Bicycle<br>6400 W. 105th Street<br>Minneapolis, MN 55438 | Goods sold and delivered. | | 5,900.37 |
| Shimano American Corp.<br>Shoe Division-Remit<br>P.O. Box 513839<br>Los Angeles, CA 90051-3839 | Shimano American Corp.<br>Shoe Division-Remit<br>P.O. Box 513839<br>Los Angeles, CA 90051-3839 | Goods sold and delivered. | | 15,070.03 |
| Trek Bicycle Corp<br>Lockbox #21957<br>Network Place<br>Chicago, IL 60673-1219 | Trek Bicycle Corp<br>Lockbox #21957<br>Network Place<br>Chicago, IL 60673-1219 | Goods sold and delivered. | | 24,050.01 |
| Windy City Sports<br>Windy city Publishing, Inc.<br>1450 W. Randolph Street<br>Chicago, IL 60607 | Windy City Sports<br>Windy city Publishing, Inc.<br>1450 W. Randolph Street<br>Chicago, IL 60607 | Advertising/Publishing | | 3,000.00 |
| Yellow Book USA<br>P.O. Box 586<br>Newark, NJ 07101-0586 | Yellow Book USA<br>P.O. Box 586<br>Newark, NJ 07101-0586 | Advertising | | 2,675.00 |
| Zipp/Compositech<br>1180 N. Main Street<br>Suite A<br>Indianapolis, IN 46224-6942 | Zipp/Compositech<br>1180 N. Main Street<br>Suite A<br>Indianapolis, IN 46224-6942 | Goods sold and delivered. | | 7,670.60 |
| Zoot Sports<br>2880 Scott Street<br>Suite 101<br>Indianapolis, IN 46224-6942 | Zoot Sports<br>2880 Scott Street<br>Suite 101<br>Indianapolis, IN 46224-6942 | Goods sold and delivered. | | 5,420.00 |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re    __Mission Bay Ski & Bike, Inc._____    Case No. _____

                                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  __November  7, 2007_____        Signature    __/s/ Troy Crady_____

                                                            __Troy Crady__
                                                            __President__

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Mission Bay Ski & Bike, Inc.**                                  ,    Case No. _____
                                          Debtor

                                                                              Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,186,374.59 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,030,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 8,428.83 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 145,531.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 1,186,374.59 | | |
| Total Liabilities | | | | 1,183,960.15 | |

Official Form 6 - Statistical Summary (10/06)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Mission Bay Ski & Bike, Inc.**                                        ,      Case No. _____
                                          Debtor

                                          Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6A
(10/05)

.

In re  **Mission Bay Ski & Bike, Inc.**                              ,      Case No. _____
                                        Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **On information and belief, real estate was purchased by the former shareholders of the Debtor using corporate funds. The Debtor has no further information on this point, but intends to investigate whether the estate has any rights in such property.** | **Unknown** | - | **Unknown** | **0.00** |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6B
(10/05)

.

In re   **Mission Bay Ski & Bike, Inc.**                                        ,   Case No. _____
                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Petty Cash** | - | 100.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Account 47000075912, with First American Bank.** | - | 250.00 |
| | | | **Merchant Bank Account, in Debtor's name, administered by First American Bank** | - | Unknown |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit for store located at 1110 South Street, Elgin, IL  60123** | - | 5,500.00 |
| | | | **Security Deposit for new Arlington Heights, IL store location** | - | 7,655.23 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **General liability insurance policies, for the leaseholds in Elgin and Arlington Heights, IL** | - | Unknown |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **13,505.23**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Mission Bay Ski & Bike, Inc.**                                          ,    Case No. _____
                                          Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **First American Bank, amount advanced by the Bank into a segregated account, retained by the Bank as cash collateral.** | - | **1,000,000.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Due from various customers** | - | **149.93** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **1,000,149.93**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6B
(10/05)

In re    **Mission Bay Ski & Bike, Inc.**                                              ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **On information and belief, the former owners of the Debtor (William W. Linnemann and Valerie J. Gervais) may have embezzeled in excess of $100,000 from the Debtor's deposit accounts between March 1 and July 30, 2007.  The amount of this claim is approximate, and subject to the Debtor's ongoing investigation into this matter.** | - | 100,000.00 |
| | | **On information and belief, the former owners of the Debtor (William W. Linnemann and Valerie J. Gervais) may have dissipated an unknown amount of funds which were formerly contained in an investment account in the Debtor's name which was held with Charles Schwab & Co.  The amount of the Debtor's claim against these individuals for this dissipation is presently unknown.** | - | Unknown |
| | | **On information and belief, the Debtor has a legal malpractice claim against its former counsel, Charles Dunlop and the firm of Campion, Curran, Dunlop & Lamb, of Crystal Lake, IL.  The amount of this legal malpractice claim is unliquidated.** | - | Unknown |
| | | **Amount due from G&L Properties, which, on information and belief, is either an affiliate or dba of Valerie Gervais and William Linnemann.** | - | 12,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >          112,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **Mission Bay Ski & Bike, Inc.**                                        ,   Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Computer Equipment** | - | **2,891.81** |
| | | **Fixtures (prior to depreciation)** | - | **3,827.62** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Location: 1110 South Street, Elgin IL** | - | **54,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Website** | - | **Unknown** |
| | | **It is currently unclear whether this website is the property of the debtor or its affiliate. In any event, the current owners of the Debtor do not have the password which would enable them to update the website. The site has value, but that value cannot be easily determined, especially without the tools to utilize the site.** | | |
| | | **Leasehold interest in Elgin, IL Location: 1110 South Street, Elgin IL** | - | **0.00** |
| | | **Value: worthless** | | |
| | | **Leasehold interest in new store location in Arlington Heights, IL.** | - | **0.00** |
| | | **Value unknown.** | | |
| | | **The Debtor is now working on a calculation of the amount, if any, that it is owed by its affilliate, Mission Bay Multisports, Inc. The amount of this liability, one way or another, will be disclosed in the case (possibly in connection with motions to be filed by the debtor).** | - | **Unknown** |

|  | Sub-Total > | 60,719.43 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 1,186,374.59 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6D (10/06)

In re   **Mission Bay Ski & Bike, Inc.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | February 28, 2007 | | | | | |
| **First American Bank** **1650 Louis Avenue** **Elk Grove Village, IL 60007** | X | - | **Possessory, and UCC** **The Creditor holds $1,000,000 cash collateral of the Debtor, and UCC based liens on the Debtor's personal property.** | | | | | |
| | | | Value $            **1,100,000.00** | | | | **1,030,000.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__  continuation sheets attached

|  |  Subtotal (Total of this page) | **1,030,000.00** | **0.00** |
|---|---|---|---|
|  |  Total (Report on Summary of Schedules) | **1,030,000.00** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6E (4/07)

.

In re   **Mission Bay Ski & Bike, Inc.**                                                      ,       Case No. _____
                                                         Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___    continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re  **Mission Bay Ski & Bike, Inc.** _____ ,     Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br> **Illinois Department of Revenue** <br> **Retailer's Occupation Tax** <br> **Springfield, IL 62796-0001** | - | | | Current <br><br> **Retailer's Occupation Tax** | | | | <br><br>0.00 <br><br><br> 6,073.00 | <br><br><br><br><br> 6,073.00 |
| Account No. <br><br> **Illinois Department of Revenue** <br> **101 W. Jefferson Street** <br> **Springfield, IL 62702** | - | | | Current <br><br> **Withholding Taxes** | | | | <br><br>0.00 <br><br><br> 249.14 | <br><br><br><br><br> 249.14 |
| Account No. <br><br> **Illinois Dept Employment Security** <br> **Bankruptcy Unit -- 10th Floor** <br> **33 S. State Street** <br> **Chicago, IL 60603** | - | | | Current <br><br> **Unemployment Contributions** | | | | <br><br>0.00 <br><br><br> 14.63 | <br><br><br><br><br> 14.63 |
| Account No. <br><br> **Internal Revenue Service** <br> **200 W. Adams** <br> **Chicago, IL 60606** | - | | | Current <br><br> **Withholding Taxes** | | | | <br><br>0.00 <br><br><br> 2,092.06 | <br><br><br><br><br> 2,092.06 |
| Account No. <br><br><br><br><br> | | | | | | | | | |

|  |  |  |
|---|---|---|
| Sheet 1 of 1 continuation sheets attached to | Subtotal | 0.00 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 8,428.83 / 8,428.83 |
| | Total | 0.00 |
| (Report on Summary of Schedules) | | 8,428.83 / 8,428.83 |

Official Form 6F (10/06)

In re   **Mission Bay Ski & Bike, Inc.**                                              ,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Bicycle Group<br>P.O. Box 402953<br>Atlanta<br>Atlanta, GA 30384-2953** | | - | **since July 2007<br>Goods sold and delivered.** | | | | 10,107.69 |
| Account No.<br><br>**AT&T Real Yellow Pages<br>Dex<br>8519 Innovation Way<br>Chicago, IL 60682-0085** | | - | **October 2007<br>Advertising** | | | | 14,621.85 |
| Account No.<br><br>**Bell Sports, Inc.<br>3367 Payshpere Circle<br>Chicago, IL 60674** | | - | **August 2007<br>Goods sold and delivered.** | | | | 4,304.79 |
| Account No.<br><br>**Blue Seventy Wetsuits<br>117 W. Denny Way<br>Suite 215<br>Seattle, WA 98119** | | - | **August 2007<br>Goods sold and delivered.** | | | | 12,351.50 |

__7__  continuation sheets attached

Subtotal
(Total of this page)

41,385.83

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        S/N:29444-071008    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Mission Bay Ski & Bike, Inc.** _____ ,    Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Cervelo Cycles, Inc.<br>171 East Liberty Street, #222<br>Toronto, M6K3P-6000<br>Canada | - | | | The Debtor is not indebted to this creditor. However, the creditor does have a UCC financing statement on file. | | | | 0.00 |
| Account No. **n/a**<br><br>Charles A. Dunlop<br>Campion Curran Dunlop & Lamb, PC<br>8600 US Hwy 14, Suite 201<br>Crystal Lake, IL 60012 | - | | | Unknown<br>Debtor believes nothing is due to this creditor, and in fact, the creditor is indebted to the Debtor.<br>    Subject to setoff. | X | X | X | 0.00 |
| Account No. **n/a**<br><br>Charles J. Motl, CPA & Associates<br>89 West Main Street<br>Suite 101<br>Dundee, IL 60118 | - | | | unknown<br>Debtor believes nothing is due to this creditor, and in fact, the creditor is indebted to the Debtor.<br>    Subject to setoff. | X | X | X | 0.00 |
| Account No.<br><br>Eurospek, Inc.<br>P.O. Box 1473<br>Champlain, NY 12919 | - | | | July 2007<br>Goods sold and delivered. | | | | 959.99 |
| Account No.<br><br>Felt Racing<br>12 Chrysler<br>Irvine, CA 92618 | - | | | July 2007<br>Goods sold and delivered. | | | | 6,575.59 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,535.58

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Mission Bay Ski & Bike, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**FIA Card Services**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** | - | | | | **November 2007**<br>**Charges** | | | | 6,614.22 |
| Account No.<br><br>**Guru Bicycle Corp.**<br>**2460 Rue Michelin**<br>**Laval, Quebec**<br>**H7L 5C3 Canada** | - | | | | **June 2007**<br>**Goods sold and delivered.** | | | | 219.48 |
| Account No.<br><br>**JB Importers**<br>**P.O. Box 930849**<br>**Atlanta, GA 31193-0849** | - | | | | **August 2007**<br>**Goods sold and delivered.** | | | | 5,666.10 |
| Account No.<br><br>**Look Cycle USA**<br>**6300 San Ignacio Ave**<br>**Suite G**<br>**San Jose, CA 95119** | - | | | | **July 2007**<br>**Goods sold and delivered.** | | | | 4,071.09 |
| Account No.<br><br>**Mavic, Inc.**<br>**P.O. Box 3139**<br>**Carol Stream, IL 60132-0001** | - | | | | **August 2007**<br>**Goods sold and delivered.** | | | | 1,024.91 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,595.80

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Mission Bay Ski & Bike, Inc.**                                            ,   Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Merlin Acquisition, Inc.**<br>**9308 Ooltewah Industrial Drive**<br>**Ooltewah, TN 37363** | - | | **The Debtor believes that it is not indebted to this creditor** | | | | **0.00** |
| Account No.<br><br>**National City Credit Card**<br>**P.O. Box 856176**<br>**Louisville, KY 40285-6176** | - | | **Current<br>Charges** | | | | **6,458.01** |
| Account No.<br><br>**Northwave Cycling Shoes**<br>**400 N. 34th Street**<br>**Suite 203**<br>**Seattle, WA 98103** | - | | **June 2007<br>Goods sold and delivered.** | | | | **1,783.62** |
| Account No.<br><br>**Nuun & Company**<br>**P.O. Box 31080**<br>**Seattle, WA 98103** | - | | **August 2007<br>Goods sold and delivered.** | | | | **623.28** |
| Account No.<br><br>**Oakley**<br>**File 55716**<br>**Los Angeles, CA 90074-5716** | - | | **September 2007<br>Goods sold and delivered.** | | | | **376.71** |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **9,241.62**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Mission Bay Ski & Bike, Inc.**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | May 2007 Goods sold and delivered. | | | | |
| Pearl Izumi Dept 272 Denver, CO 80271-0272 | - | | | | | | | 1,834.48 |
| Account No. | | | | October 2007 Goods sold and delivered. | | | | |
| Profile Design P.O. Box 80134 City Of Industry, CA 91716-8134 | - | | | | | | | 558.50 |
| Account No. | | | | September 2007 Goods sold and delivered. | | | | |
| Quality Bicycle 6400 W. 105th Street Minneapolis, MN 55438 | - | | | | | | | 5,900.37 |
| Account No. | | | | June 2007 Goods sold and delivered. | | | | |
| Serfas 29752 Avenida de las Banderas Rancho Santa Margarita, CA 92688 | - | | | | | | | 1,161.00 |
| Account No. | | | | June 2007 Goods sold and delivered. | | | | |
| Shimano American Corp. Shoe Division-Remit P.O. Box 513839 Los Angeles, CA 90051-3839 | - | | | | | | | 15,070.03 |

| | | |
|---|---|---|
| Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 24,524.38 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Mission Bay Ski & Bike, Inc.** _____ ,        Case No. _____
                                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Sports Street Marketing<br>Dept 33561<br>San Francisco, CA 94139-0001** | - | | | **August 2007<br>Goods sold and delivered.** | | | | 774.26 |
| Account No.<br><br>**Sugoi Performance Apperel<br>P.O. Box 2482<br>Blaine, WA 98231-2482** | - | | | **June 2007<br>Goods sold and delivered.<br>   Subject to setoff.** | | | | 0.00 |
| Account No.<br><br>**Trek Bicycle Corp<br>Lockbox #21957<br>Network Place<br>Chicago, IL 60673-1219** | - | | | **July 2007<br>Goods sold and delivered.** | | | | 24,050.01 |
| Account No.<br><br>**United Parcel Service<br>Lockbox 577<br>Carol Stream, IL 60132-0577** | - | | | **Current<br>Shipping** | | | | 654.05 |
| Account No.<br><br>**US Multisport Publications<br>5317 S. Lake Drive<br>P.O. Box 100376<br>Cudahy, WI 53110** | - | | | **December 2006<br>Advertising/Publishing** | | | | 185.50 |

Sheet no. __5__ of __7__ sheets attached to Schedule of                       Subtotal
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)        25,663.82

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Mission Bay Ski & Bike, Inc.**                                              ,        Case No. _____
                                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **n/a** <br><br> Valerie J. Gervais <br> 110 Grace Lane <br> Fox River Grove, IL 60021 | - | | | February 28, 2007 <br> **Debtor believes nothing is due to this creditor, and in fact, the creditor is indebted to the Debtor.** <br>     **Subject to setoff.** | X | X | X | 0.00 |
| Account No. <br><br> Westfield Insurance <br> P.O. Box 9001566 <br> Louisville, KY 40290-1566 | - | | | Current <br> Insurance | | | | 715.58 |
| Account No. **not applicable** <br><br> William W. Linnemann <br> 110 Grace Lane <br> Fox River Grove, IL 60021 | - | | | Feb. 28, 2007 <br> **Debtor believes nothing is due to this creditor, and in fact, the creditor is indebted to the Debtor.** <br>     **Subject to setoff.** | X | X | X | 0.00 |
| Account No. <br><br> Windy City Sports <br> Windy city Publishing, Inc. <br> 1450 W. Randolph Street <br> Chicago, IL 60607 | - | | | July 2007 <br> Advertising/Publishing | | | | 3,000.00 |
| Account No. <br><br> Yakima Products <br> 13078 Collection Drive <br> #13078 <br> Chicago, IL 60693 | - | | | October 2007 <br> Goods sold and delivered. | | | | 103.11 |

Sheet no. __6___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,818.69

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Mission Bay Ski & Bike, Inc.**                                           ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Yellow Book USA**<br>**P.O. Box 586**<br>**Newark, NJ 07101-0586** | - | | | **October 2007**<br>**Advertising** | | | | 2,675.00 |
| Account No.<br><br>**Zipp/Compositech**<br>**1180 N. Main Street**<br>**Suite A**<br>**Indianapolis, IN 46224-6942** | - | | | **July 2007**<br>**Goods sold and delivered.** | | | | 7,670.60 |
| Account No.<br><br>**Zoot Sports**<br>**2880 Scott Street**<br>**Suite 101**<br>**Indianapolis, IN 46224-6942** | - | | | **July 2007**<br>**Goods sold and delivered.** | | | | 5,420.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 15,765.60 |
| Total<br>(Report on Summary of Schedules) | | 145,531.32 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6G
(10/05)

.

In re    **Mission Bay Ski & Bike, Inc.**                                   ,    Case No. _____
                                              Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Top Deck Properties**<br>**209 S. Arlington Heights Road**<br>**Arlington Heights, IL 60005** | **Lease of 213 S. Arlington Heights Road, Arlington Heights, IL** |
| **William W. Linnemann**<br>**110 Grace Lane**<br>**Fox River Grove, IL 60021** | **Alleged lease of realty located at 1110 South Street, Elgin, IL  60123** |

    <u>0</u>   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6H
(10/05)

.

In re **Mission Bay Ski & Bike, Inc.** Case No. _____

Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Aaron A. Post**<br>**2150 Common Ridings Way**<br>**Inverness, IL 60010**<br>    **Guarantor** | **First American Bank**<br>**1650 Louis Avenue**<br>**Elk Grove Village, IL 60007** |
| **Dawid Remiasz**<br>**5823 S. Austin**<br>**Chicago, IL 60638**<br>    **Guarantor** | **First American Bank**<br>**1650 Louis Avenue**<br>**Elk Grove Village, IL 60007** |
| **Lukasz Remiasz**<br>**5823 S. Austin**<br>**Chicago, IL 60638**<br>    **Guarantor** | **First American Bank**<br>**1650 Louis Avenue**<br>**Elk Grove Village, IL 60007** |
| **Troy J. Crady**<br>**2426 Thomas Street**<br>**Chicago, IL 60622**<br>    **Guarantor** | **First American Bank**<br>**1650 Louis Avenue**<br>**Elk Grove Village, IL 60007** |

  **0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Mission Bay Ski & Bike, Inc.** _____    Case No. _____
                                          Debtor(s)              Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**20**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November  7, 2007** _____    Signature **/s/ Troy Crady** _____
                                                       **Troy Crady**
                                                       **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Mission Bay Ski & Bike, Inc.**                 Case No. _____

                                   Debtor(s)       Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

       **1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$99,834.51** | **The Debtor's present owners acquired the Debtor's stock on February 28, 2007. They do not presently have access to reliable information concerning the Debtor's true income and expenses for periods prior to their purchase of the company stock.** |
| | **Based on the best records available to the current owners, from Jan. 1, 2007 to date, the Debtor has earned $99,834.51 on $967,473.60 gross revenue.** |
| **$136,960.00** | **According to a form 1120 tax return which the Debtor's former managers filed on the Debtor's behalf for the year of 2006, the Debtor earned $136,960 on $2,343,209 gross revenue during that year. Debtor's current management does not have confidence in that income number or the other accounting information which they received from the Debtor's former owners.** |

| AMOUNT | SOURCE |
|---|---|
| **$187,174.00** | **According to a form 1120 tax return which the Debtor's former managers filed on the Debtor's behalf for the year of 2005, the Debtor earned $187,174 on $1,891,095 gross revenue during that year.  Debtor's current management does not have confidence in that income number or the other accounting information which they received from the Debtor's former owners.** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.     *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.     *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **First American Bank**<br>**1650 Louis Avenue**<br>**Elk Grove Village, IL 60007** | **Various in August through October 30, 2007, representing principal, interest and legal fees debited from the debtor's operating account** | **$63,000.00** | **$1,030,000.00** |

None
☐

c.     *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Aaron Post**<br>**2150 Common ridings Way**<br>**Inverness, IL 60010**<br>     **Employee** | **Approx every two weeks, Mr. Post has been paid gross salary in the amount of $982.** | **$5,892.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Troy Crady**<br>**2426 Thomas Street**<br>**Chicago, IL 60622**<br>     **Employee** | **Approx every two weeks, Mr. Post has been paid gross salary in the amount of $982.** | **$5,892.00** | **$0.00** |
| **Park Properties Real Estate**<br>**19432 Longwood Drive**<br>**Chicago, IL**<br>     **Landlord to affiliate** | **9/4/07, Debtor paid $5,676 to this creditor, which paid the monthly rent of Debtor's affiliate, Mission Bay Multisports.  This payment stands as a credit against the inter-company account between the two companies** | **$5,676.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Mission Bay Multi Sports, Inc., et al. v. Dunlop, et al, 07 CH 20317** | **Complaint for Legal Malpractice, Fraud, Embezzlement, and other relief.** | **Circuit Court of Cook County** | **Case is open.** |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■   and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■   **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
☐   concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bruce Dopke, Attorney at Law**<br>**P.O. Box 681246**<br>**Schaumburg, IL 60168-1246** | **A $21,039 advance payment retainer received on November 6, 2007. Approximately $6,000 of that retainer was used in advance of the case filing to pay legal fees; $1,039 of that retainer was used to pay the filing fee for the bankruptcy case and $250.00 of that retainer was used to initiate an adversary proceeding in the case.** | **$21,039.00 for legal fees and filing fees to be paid by counsel upon the commencement of the Debtor's case.** |

### 10. Other transfers

None   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
☐   transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **William W. Linnemann**<br>**110 Grace Lane**<br>**Fox River Grove, IL 60021** | | **See the transfers identified in Schedule B** |

5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Valerie J. Gervais**<br>**110 Grace Lane**<br>**Fox River Grove, IL 60021**<br>    **former owner** | **2007** | **See transfers described in Schedule B** |

None
■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

6

**14. Property held for another person**

None
☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Mission Bay Multisports**<br>**738 W. Randolph**<br>**Chicago, IL 60661** | **The current owners of the Debtor have attempted to separate the operations of the Debtor from the operations of Mission Bay Multisports ("Multisports"), which is commonly owned by the Debtor's shareholders, and which operates a retail bike store in Chicago, IL. The Debtor is investigation the amount of the balance of accounts, and will make an appropriate accounting of that amount in the course of the bankruptcy.** | |

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

7

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18 . Nature, location and name of business

None ■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Linda Post**<br>**2150 Common Ridings Way**<br>**Inverness, IL 60010** | **Mrs. Post has been maintaining the company books and records since July 31, 2007.** |
| **Valerie J. Gervais**<br>**110 Grace Lane**<br>**Fox River Grove, IL 60021** | **Ms. Gervais kept the books of the company until July 30, 2007, when Ms. Gervais was discharged.** |
| **William W. Linnemann**<br>**110 Grace Lane**<br>**Fox River Grove, IL 60021** | **Mr. Linneman had custody of the corporate books until July 30, 2007, and, on information and belief, may still be in possession of some of them.** |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Charles J. Motl, CPA & Associates**<br>**89 West Main Street**<br>**Suite 101**<br>**Dundee, IL 60118** | **Mr. Motl served as the company's**<br>**accountant until October 3, 2007.** |
| **Charles A. Dunlop**<br>**Campion Curran Dunlop & Lamb, PC**<br>**8600 US Hwy 14, Suite 201**<br>**Crystal Lake, IL 60012** | **On information and belief, Mr. Dunlop**<br>**may have possession of some important**<br>**books and records of the Debtor.** |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the
      books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Charles J. Motl, CPA &**<br>**Associates** | **89 West Main Street**<br>**Suite 101**<br>**Dundee, IL 60118** | **Mr. Motl served as the debtor's**<br>**accountant until mid-August 2007** |
| **Valerie J. Gervais** | **110 Grace Lane**<br>**Fox River Grove, IL 60021** | |
| **William W. Linnemann** | **110 Grace Lane**<br>**Fox River Grove, IL 60021** | |
| **Charles A. Dunlop** | **Campion Curran Dunlop & Lamb, PC**<br>**8600 US Hwy 14, Suite 201**<br>**Crystal Lake, IL 60012** | **On information and belief, Mr. Dunlop,**<br>**who formerly served as the Debtor's**<br>**counsel, prepared financial statements**<br>**for the Debtor prior to July of 2007.** |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
      of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Linda Post**<br>**Mrs. Post maintains the corporate books and records, except for**<br>**those which were destroyed by the former shareholders of the**<br>**Debtor, namely, William W. Linnemann and Valerie J. Gervais, and**<br>**those which have been retained by Linnemann and Gervais,**<br>**contrary to the demands of current management.** | **2150 Common Ridings Way**<br>**Inverness, IL 60010** |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
      issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **First American Bank**<br>**1650 Louis Avenue**<br>**Elk Grove Village, IL 60007** | **Several financial statements were issued to First**<br>**American Bank on the Debtor's behalf, which**<br>**were prepared by Valerie J. Gervais prior to her**<br>**discharge from the Debtor's employ on July 30,**<br>**2007.  The Debtor places no trust in the accuracy**<br>**or completeness of the financial statements**<br>**prepared by Ms. Gervais on the Debtor's behalf.** |

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
      and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Troy J. Crady**<br>**2426 Thomas Street**<br>**Chicago, IL 60622** | **President** | **25% shareholder and Director** |
| **Aaron A. Post**<br>**2150 Common Ridings Way**<br>**Inverness, IL 60010** | **Secretary** | **25% shareholder and Director.** |
| **Lukasz Remiasz**<br>**5823 S. Austin**<br>**Chicago, IL 60638** | **Vice President** | **25% shareholder and Director.** |
| **Dawid Remiasz**<br>**5823 S. Austin**<br>**Chicago, IL 60638** | **Vice President** | **25% shareholder and Director.** |

### 22 . Former partners, officers, directors and shareholders

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **William W. Linnemann**<br>**110 Grace Lane**<br>**Fox River Grove, IL 60021** | **former officer, shareholder and, on information and belief, director of the Debtor.** | **February 28, 2007** |
| **Valerie J. Gervais**<br>**110 Grace Lane**<br>**Fox River Grove, IL 60021** | **Former officer, shareholder and on information and belief, director of the Debtor** | **Ms. Gervais ceased to be a shareholder and director of the Debtor on February 28, 2007.  She was terminated as the company bookeeper on or about July 30, 2007.** |

10

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Valerie J. Gervais**<br>**110 Grace Lane**<br>**Fox River Grove, IL 60021**<br>   **former officer, shareholder and employee** | **Various** | **On information and belief, Ms. Gervais may have conspired with William Linnemann to embezzle in excess of $100,000 of corporate funds between February and July of 2007.  In addition, the Debtor is investigating certain transfers made by the Corporation for the purchase of realty in Florida and the dissipation of certain funds of the Debtor which were retained in a brokerage account with Charles Schwab & Co.  She may also be in possession of some of the Debtor's inventory, including 14 kayaks.** |
| **William W. Linnemann**<br>**110 Grace Lane**<br>**Fox River Grove, IL 60021**<br>   **former officer, shareholder** | **Various.** | **On information and belief, Mr. Linnemann may have conspired with Valerie Gervais to embezzle in excess of $100,000 of corporate funds between February and July of 2007.  He may also be in possession of some of the Debtor's inventory, including 14 kayaks.  In addition, the Debtor is investigating certain transfers made by the Corporation for the purchase of realty in Florida and the dissipation of certain funds of the Debtor which were retained in a brokerage account with Charles Schwab & Co.** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                               TAXPAYER IDENTIFICATION NUMBER (EIN)

11

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **November  7, 2007**          Signature  **/s/ Troy Crady**
                                                    **Troy Crady**
                                                    **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Mission Bay Ski & Bike, Inc.**                                          Case No.

                                                    Debtor(s)         Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept...................................................................   $        **19,750.00**

   Prior to the filing of this statement I have received........................................................   $        **19,750.00**

   Balance Due........................................................................................................   $            **0.00**

2.   $   **1,039.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ☐ Debtor        ■ Other (specify):        **Funds were paid by the Debtor's affiliate, Mission Bay Multisports, Inc.**

4.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5.   ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **None**

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   b.   [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November  7, 2007**                            **/s/ Bruce Dopke**
                                                          **Bruce Dopke 3127052**
                                                          **Bruce Dopke, Attorney at Law**
                                                          **P.O. Box 681246**
                                                          **Schaumburg, IL 60168-1246**
                                                          **847-524-4811  Fax: 847-524-4131**
                                                          **bruce@dopkelaw.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Mission Bay Ski & Bike, Inc.** _____ ,    Case No. _____
Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Aaron A. Post<br>2150 Common Ridings Way<br>Barrington, IL 60010** | **Common** | **25** | **Fee Simple** |
| **Dawid Remiasz<br>5823 S. Austin<br>Chicago, IL 60638** | **Common** | **25** | **Fee Simple** |
| **Lulasz Remiasz<br>5823 S.Austin<br>Chicago, IL 60638** | **Common** | **25** | **Fee Simple** |
| **Troy J. Crady<br>2426 Thomas Street<br>Chicago, IL 60622** | **Common** | **25** | **Fee Simple** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___ **November  7, 2007** _____        Signature  **/s/ Troy Crady** _____
**Troy Crady**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** ___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                              Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Mission Bay Ski & Bike, Inc.**                                    Case No.
                                                    Debtor(s)          Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                        **69**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November  7, 2007**                    **/s/ Troy Crady**
                                                    **Troy Crady/President**
                                                    Signer/Title

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Aaron A. Post
2150 Common Ridings Way
Inverness, IL 60010


American Bicycle Group
P.O. Box 402953
Atlanta
Atlanta, GA 30384-2953


American Bicycle Group
P.O. Box 22666
Chattanooga, TN 37422


AT&T Real Yellow Pages
Dex
8519 Innovation Way
Chicago, IL 60682-0085


Bell Sports, Inc.
3367 Paysphere Circle
Chicago, IL 60674


Bell Sports, Inc.
6225 North State Highway 300
Suite 300
Irving, TX 75038


Blue Seventy Wetsuits
117 W. Denny Way
Suite 215
Seattle, WA 98119


Cervelo Cycles, Inc.
171 East Liberty Street, #222
Toronto, M6K3P-6000
Canada


Charles A. Dunlop
Campion Curran Dunlop & Lamb, PC
8600 US Hwy 14, Suite 201
Crystal Lake, IL 60012


Charles J. Motl, CPA & Associates
89 West Main Street
Suite 101
Dundee, IL 60118

Dawid Remiasz
5823 S. Austin
Chicago, IL 60638


Department of Treasury
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Dex -- Attn. Customer Care
1615 Bluff City Hwy
Bristol, TN 37620


Eurospek, Inc.
P.O. Box 1473
Champlain, NY 12919


Felt Racing
12 Chrysler
Irvine, CA 92618


FIA Card Services
P.O. Box 15710
Wilmington, DE 19886-5710


FIA Card Services
P.O. Box 15184
Wilmington, DE 19850-5184


First American Bank
1650 Louis Avenue
Elk Grove Village, IL 60007


Gerald P. Walsh
Crowley & Lamb, PC
350 N. LaSalle Street, suite 900
Chicago, IL 60610


Guru Bicycle Corp.
2460 Rue Michelin
Laval, Quebec
H7L 5C3 Canada

Illinois Attorney General
Revenue Litigation Division
100 W. Randolph St., 13th Floor
Chicago, IL 60601


Illinois Department of Revenue
Retailer's Occupation Tax
Springfield, IL 62796-0001


Illinois Department of Revenue
101 W. Jefferson Street
Springfield, IL 62702


Illinois Dept Employment Security
Bankruptcy Unit -- 10th Floor
33 S. State Street
Chicago, IL 60603


Internal Revenue Service
200 W. Adams
Chicago, IL 60606


JB Importers
P.O. Box 930849
Atlanta, GA 31193-0849


JB Importers
P.O. Box 161859
Miami, FL 33116-1859


Look Cycle USA
6300 San Ignacio Ave
Suite G
San Jose, CA 95119


Lukasz Remiasz
5823 S. Austin
Chicago, IL 60638


Mavic, Inc.
P.O. Box 3139
Carol Stream, IL 60132-0001

Mavic, Inc.
17 Parkridge Road
Haverhill, MA 01835


Merlin Acquisition, Inc.
9308 Ooltewah Industrial Drive
Ooltewah, TN 37363


National City Credit Card
P.O. Box 856176
Louisville, KY 40285-6176


National City Credit Card
P.O. Box 2349 #K-A 16-F5
Kalamazoo, MI 49003-2349


Northwave Cycling Shoes
400 N. 34th Street
Suite 203
Seattle, WA 98103


Nuun & Company
P.O. Box 31080
Seattle, WA 98103


Oakley
File 55716
Los Angeles, CA 90074-5716


Oakley
Oakley Sales Corp.
One Icon
Foothill Ranch, CA 92610


Office of the US Attorney
219 S. Dearborn Street
5th Floor
Chicago, IL 60604


Pearl Izumi
Dept 272
Denver, CO 80271-0272

Pearl Izumi
620 Compton Street
Broomfield, CO 80020


Profile Design
P.O. Box 80134
City Of Industry, CA 91716-8134


Profile Design
2677 El Presido
Long Beach, CA 90810


Quality Bicycle
6400 W. 105th Street
Minneapolis, MN 55438


Serfas
29752 Avenida de las Banderas
Rancho Santa Margarita, CA 92688


Shimano American Corp.
Shoe Division-Remit
P.O. Box 513839
Los Angeles, CA 90051-3839


Shimano American Corp.
One Holland
Irvine, CA 92618


Sports Street Marketing
Dept 33561
San Francisco, CA 94139-0001


Sports Street Marketing
1204 10th Street
Berkeley, CA 94710


Sugoi Performance Apparel
144 E. 7th Avenue
Vancouver, British Columbia
Canada V5T 1M6


Sugoi Performance Apperel
P.O. Box 2482
Blaine, WA 98231-2482

Top Deck Properties
209 S. Arlington Heights Road
Arlington Heights, IL 60005


Trek Bicycle Corp
Lockbox #21957
Network Place
Chicago, IL 60673-1219


Troy J. Crady
2426 Thomas Street
Chicago, IL 60622


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


United Parcel Service
P.O. Box 650580
Dallas, TX 75265-0580


US Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


US Multisport Publications
5317 S. Lake Drive
P.O. Box 100376
Cudahy, WI 53110


Valerie J. Gervais
110 Grace Lane
Fox River Grove, IL 60021


Westfield Insurance
P.O. Box 9001566
Louisville, KY 40290-1566


Westfield Insurance
One Park Circle
P.O. Box 5001
Westfield Center, OH 44251

William W. Linnemann
110 Grace Lane
Fox River Grove, IL 60021


Windy City Sports
Windy city Publishing, Inc.
1450 W. Randolph Street
Chicago, IL 60607


Yakima Products
13078 Collection Drive
#13078
Chicago, IL 60693


Yakima Products
15025 SW Koll Parkway
Beaverton, OR 97006-6056


Yellow Book USA
P.O. Box 586
Newark, NJ 07101-0586


Yellow Book USA
2560 Renaissance Blvd
King Of Prussia, PA 19406


Zipp/Compositech
1180 N. Main Street
Suite A
Indianapolis, IN 46224-6942


Zoot Sports
2880 Scott Street
Suite 101
Indianapolis, IN 46224-6942

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Mission Bay Ski & Bike, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mission Bay Ski & Bike, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November  7, 2007**

Date

/s/ Bruce Dopke

**Bruce Dopke 3127052**

Signature of Attorney or Litigant
Counsel for   **Mission Bay Ski & Bike, Inc.**

**Bruce Dopke, Attorney at Law**
**P.O. Box 681246**
**Schaumburg, IL 60168-1246**
**847-524-4811 Fax:847-524-4131**
**bruce@dopkelaw.com**