IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| MISSION BAY SKI & BIKE, INC., | § | Case No.: 07-20870 |
| | § | |
| Debtor. | § | Hon. A. Benjamin Goldgar |

**ORDER GRANTING MOTION OF MISSION BAY SKI & BIKE, INC.
FOR ENTRY OF INTERIM AND FINAL ORDERS WHICH
AUTHORIZE THE DEBTOR TO OBTAIN
SECURED FINANCING UNDER 11 U.S.C. §364(C)(3) AND
USE, ON A LIMITED BASIS, THE ALLEGED CASH
COLLATERAL OF THE PRESENT HOLDERS OF THE
<u>ALLEGED SECURED CLAIM OF FIRST AMERICAN BANK</u>**

This matter was heard on the motion (the "Motion") filed by MISSION BAY SKI & BIKE, INC., debtor and debtor-in-possession, for entry of an order authorizing it to obtain secured financing from Linda Post, notice of the final hearing on on the Motion having been sent to parties in interest entitled thereto, and no party having objected to the entry of an order granting the Motion, and the court, having considered the pleadings on file, and the statements of counsel in support of their respective positions, and having afforded the parties an opportunity for hearing as was appropriate under the circumstances, and being advised in the premises:

**IT IS ORDERED:**

1. The Motion is GRANTED.

2. Mrs. Post is authorized to make advances (the "Advances") to the Debtor (and the ~~Commercial collateral to which the Debtor is otherwise authorized~~ Debtor is authorized to repay those advances) pursuant to the terms of the Revolving Credit Agreement (the "Agreement") and the Revolving Note which is referenced by that Agreement which was attached to the Interim Order on the Motion which was entered on February 28, 2008 as document 104.

-1-

3. Pursuant to the Agreement and this Order, the Advances will be secured by liens granted to Mrs. Post by the Debtor on all of the Debtor's assets (other than avoiding power claims under 11 U.S.C. §§542, 543, 544, 547, 548, 549, 550 and 553) which liens will be granted pursuant to 11 U.S.C. §364(c)(3), which liens shall be junior to the pre-petition liens granted to First American Bank ("FAB") pursuant to the Loan agreements, and the replacement liens which were granted to FAB through the Cash Collateral Order entered by the Court in this case on December 14, 2007 as document 53, and shall be subordinate to the rights of the United States Trustee to payment of quarterly fees, which liens shall be fully effective and deemed perfected upon the entry of the interim order concerning this Motion (subject to modification by the Court at the final hearing on the Motion). Those liens shall be deemed perfected as against all parties upon the entry of this Order, without the requirement of further actions by any entity.

Dated: **19 MAR 2008**        ENTER:

_____
United States Bankruptcy Judge