UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  )   Chapter 11
                                        )
MISSION BAY SKI & BIKE, INC.,           )   No. 07 B 20870 (jointly administered)
and LUKASZ REMIASZ,                     )
                                        )
                          Debtors.  )

## FINAL PRETRIAL ORDER

This matter is set for hearing on the debtors' motion to extend time periods to file and confirm a plan of reorganization and solicit acceptances (No. 139) ("the motion") at the United States Courthouse, 219 South Dearborn Street, Courtroom 613, Chicago, Illinois on July 24, 2008, at 9:30 a.m. At the court's discretion, the hearing will continue from day to day until completed. Unless modified by the court, the provisions of this Final Pretrial Order ("the Order") will govern the course of proceedings:

1. **Briefing.** The response of Mr. Linnemann and Ms. Gervais to the motion is due May 30, 2008. The reply of the debtors in support of the motion is due June 16, 2008.

2. **Discovery.** The parties having expressed no desire to take discovery, discovery is closed.

3. **Pleadings and Dispositive Motions.** No party seeks to file any dispositive motions.

4. **Exhibits and Exhibit Lists.** Twenty-one (21) days before the hearing date, all parties must exchange copies of all exhibits to be introduced into evidence. Each proposed exhibit must be clearly numbered (not designated with a letter or other symbol) in the order of its probable presentation at the hearing. Each document must be given a separate exhibit number.

In addition to the exhibits, all parties must exchange and file with the court a list of the numbered exhibits. Next to each exhibit a brief description of each exhibit must be provided.

One (1) set of the exhibits and one (1) copy of the exhibit list must be submitted to chambers on the filing date.

If no written objection to an exhibit is filed with the court and tendered to the proponent within seven (7) days of the receipt of the proposed exhibit, the exhibit will be deemed admitted into evidence.

**5. Witnesses and Witness Lists.** Twenty-one (21) days before the hearing date, all parties must exchange and file with the court a list of all witnesses they intend to call at the hearing, together with a brief description of the subject matter of the witness's testimony.

One (1) copy of the witness list must be submitted to chambers on the filing date.

**6. Trial Briefs.** Because the parties are briefing the motion, trial briefs are optional. If a party chooses to file a trial brief, however, the brief must be filed no later than seven (7) days before the hearing date. The page limit is fifteen (15) pages, unless the court orders otherwise. The brief must (1) describe what the party believes the evidence at the hearing will show, (2) identify the salient legal issues, and (3) provide a thorough and complete legal argument, with citations to relevant legal authorities, supporting the party's contentions on the merits.

**7. Compliance with this Order.** Failure to comply with this Order *will* result in the imposition of appropriate sanctions pursuant to Rule 16(f), Fed. R. Civ. P. 16(f) (made applicable by Fed. R. Bankr. R. Rule 7016). These include, but are not limited to, the following:

a.  Any exhibit not listed and exchanged in accordance with this Order will not be admitted into evidence. A party who fails to exchange and file the list of exhibits that this Order requires will be precluded from introducing any exhibits into evidence. *In re Maurice*, 21 F.3d 767 (7th Cir. 1994).

b.  Any witness not identified and listed in accordance with this Order will be barred from testifying at the hearing. A party who fails to exchange and file with the court the list of witnesses that this Order requires will be barred from presenting any witnesses. *In re Maurice*, 21 F.3d 767 (7th Cir. 1994).

Dated: April 30, 2008

ENTER: _____

A. Benjamin Goldgar
United States Bankruptcy Judge