IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | Case 07 B 20870 |
| MISSION BAY SKI & BIKE, INC., | § | Jointly Administered |
| an Illinois corporation, and LUKASZ | § | |
| REMIASZ, | § | |
| | § | |
| Debtors. | § | Hon. A. Benjamin Goldgar |

**AGREED FINAL ORDER GRANTING THE DEBTORS' MOTION
TO EXTEND THE DEBTORS' TIME PERIODS WITHIN WHICH
TO FILE AND CONFIRM A PLAN OF REORGANIZATION
AND SOLICIT ACCEPTANCES THEREOF**

This matter came on to be heard upon the motion (the "Motion") filed by MISSION BAY SKI & BIKE, INC. ("Mission Bay") and LUKASZ REMIASZ ("Luke")(and Mission Bay and Luke are sometimes collectively referred to herein as the "Debtors"), debtors and debtors-in-possession, for the entry of an order which extends the time periods within which the Debtors may file a plan of reorganization and solicit acceptances thereof under 11 U.S.C. §§1121 and 1129, due notice of the hearing on the Motion having been served on the parties entitled thereto, and the Court having afforded parties in interest an opportunity for hearing as was appropriate under the circumstances, and it appearing that William Linnemann and Valerie Gervais (the "Creditors") appeared at the hearing on the Motion by their counsel, and the Court being advised that the Creditors have agreed to the entry of the relief requested in the Motion, and the U.S. Trustee having indicated no objection to the entry of this order, and being advised in the premises,

**THEREFORE, IT IS ORDERED:**

A.   The Motion is GRANTED.

-1-

B. Pursuant to 11 U.S.C. §1121(e)(3), the Debtors' exclusive time to file a plan of reorganization is extended until the *earlier* to occur of July 1, 2009, or the thirtieth day following the date that an order which resolves the last remaining claim raised in adversary case 08-ap-55 (the "Adversary"), either by settlement or on the merits, becomes final and non-appealable.

C. Pursuant to 11 U.S.C. §1121(e)(3), the Debtors' deadline in which to file a plan of reorganization pursuant to 11 U.S.C. §1121(e)(2) is extended until the *earlier* to occur of July 1, 2009, or the thirtieth day following the date that an order which resolves the last remaining claim raised in the Adversary, either by settlement or on the merits, becomes final and non-appealable.

D. Pursuant to 11 U.S.C. §1121(c)(3), the Debtors' exclusive time to obtain acceptances of a plan is extended until sixty (60) days after such plan or plans are filed (but only if it is filed within the foregoing deadlines).

E. Pursuant to 11 U.S.C. §1121(e)(3), the time within which the Debtors must obtain confirmation of a plan filed within the times set forth above is extended until eighty (80) days after such plan or plans are filed (but only if it is filed within the foregoing deadlines).

[Intentionally Blank]

   F  Notwithstanding any other provision of this Order, the extensions of time granted herein are without prejudice to the right, which is hereby granted to William Linnemann and Valerie Gervais, to file a motion at any time after December 31, 2008, which seeks to shorten any of the time periods which are extended by this Order, to permit the filing of a plan or plans of reorganization or liquidation by them in these cases, or for other appropriate purposes, and if the Debtor should oppose any such motion, the Debtor will bear the burden to establish by a preponderance of the evidence that it is more likely than not that the court will confirm a plan within a reasonable period of time.

Dated: **14 MAY 2008**    ENTER:

                    _____
                    United States Bankruptcy Judge