B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Mission Bay Ski & Bike, Inc. _____ ,
          *Debtor*

Case No.  07 B 20870 _____

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  October 2008 _____

Date filed: _____

Line of Business:  Retail _____

NAISC Code:  45110 _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*Linda Post* (signature)

Original Signature of Responsible Party

Linda Post      Bookkeeper

Printed Name of Responsible Party

| Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|
| 1.  IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2.  HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3.  DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4.  HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5.  HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6.  HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7.  HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8.  DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9.  ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10.  HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11.  DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12.  HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13.  DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ *None!* |

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? *NOTE 2* ☒ ☐

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? *NOTE 3* ☒ ☐

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX ☒ ☐
OBLIGATIONS? *IL SALES TAX RETURN OCTOBER 2009 #6073.00 FILED -UNPAID*
IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 22,143.11 |

**SUMMARY OF CASH ON HAND**

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 0.00 |
| Cash on Hand at End of Month | $ | 213.60 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 213.60 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 79,620.23 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 22,143.11 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 79,620.23 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | -57,477.12 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 270,986.79

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 254,966.61

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*PREVIOUSLY SUBMITTED TO TRUSTEE RICHARD FOGEL*

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    6

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    6

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?    $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?    $ 16,593.74

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?    $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?    $ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ _____ | $ _____ | $ _____ |
| EXPENSES | $ _____ | $ _____ | $ _____ |
| CASH PROFIT | $ _____ | $ _____ | $ _____ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:              $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:           $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:        $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

Note 1: Questionnaire #13    Debtor has maintained its pre-petition checking account, with
permission, for the purpose of receiving credit card settlement payments and paying related
credit card processing fees and charges.

Note 2: Questionnaire # 14    Debtor previously purchased a wide screen television for $500 and
sold it for $500. The cash transaction was deposited to Ski & Bike's Petty Cash Account and
credited to Equipment Expense Account.

Note 3: Questionnaire #16    Debtor has received cash and credit from its affiliate, Mission Bay
Multisports, Inc. per court order. This payable to Multisports will continue to increase during the
case until the Court orders otherwise or a plan is confirmed which addresses the indebtedness.

## MISSION BAY SKI & BIKE    Oct 2008
## U.S. Trustee Report

| | Oct 2008 Balance | 11/7/07-10/31/08 | 11/7/07-9/30/08 Reported |
|---|---|---|---|
| | Nov 7, 2007-Oct 31, 2008 less previously reported | | |

**INCOME**

| | | Oct 2008 Balance | 11/7/07-10/31/08 | 11/7/07-9/30/08 Reported |
|---|---|---|---|---|
| Sales | 20,636.13 | 20,636.13 | 363,908.61 | 343,272.48 |
| Interest Income | 12.08 | 12.08 | 12.08 | 0.00 |
| Sales Tax Collected | 1,447.00 | 1,447.00 | 34,289.69 | 32,842.69 <7,946.38 prior |
| Sales Tax Collection Discount | 47.90 | 47.90 | 492.69 | 444.79 reported |
| **Total Income** | **22,143.11** | 22,143.11 | 398,703.07 | 376,559.96 |

**EXPENSES**

| | | Paid by Ski & Bike | Paid by Multisports | Paid by Ski & Bike | Paid by Multisports | Paid by Ski & Bike | Paid by Multisports |
|---|---|---|---|---|---|---|---|
| Accrued IL Sales Tax paid | 2,389.21 | 2,356.21 | 33.00 | 24,161.69 | 4,055.00 | 21,805.48 | 4,022.00 |
| Accrued Payroll Tax paid | 4,817.11 | 0.00 | 4,817.11 | 0.00 | 14,233.60 | 0.00 | 9,416.39 |
| Advertising | 530.00 | 530.00 | 0.00 | 9,047.00 | 2,449.00 | 8,517.00 | 2,449.00 |
| Cost of Goods | 26,629.16 | 4,988.21 | 21,640.95 | 177,665.88 | 54,953.15 | 172,677.67 | 33,312.20 |
| Credit Card Fees | 448.45 | (1,186.05) | 1,634.50 | 7,013.95 | 773.49 | 8,200.00 | (861.01) |
| Insurance | 3,416.25 | 3,416.25 | 0.00 | 3,453.98 | 1,413.61 | 37.73 | 1,413.61 |
| Legal Expense | 15,343.34 | 1,539.00 | 13,804.34 | 2,132.80 | 14,460.94 | 593.80 | 656.60 |
| Licenses & Permits | 0.00 | 0.00 | 0.00 | 0.00 | 190.00 | 0.00 | 190.00 |
| Maintenance & Repairs | 262.40 | 351.14 | (88.74) | 2,206.34 | 2,611.13 | 1,855.20 | 2,699.87 |
| Miscellaneous | 2,757.84 | 2,712.42 | 45.42 | 4,073.05 | 58.52 | 1,360.63 | 13.10 |
| Office & Store Supplies | 301.31 | 622.37 | (321.06) | 2,860.53 | 1,609.28 | 2,238.16 | 1,930.34 |
| Payroll-General | 5,683.10 | 5,683.10 | 0.00 | 30,203.44 | 8,240.63 | 24,520.34 | 8,240.63 |
| Payroll-Officers | 7,045.00 | (10,955.00) | 18,000.00 | 22,000.00 | 35,500.00 | 32,955.00 | 17,500.00 |
| Payroll Taxes | 1,409.37 | 0.00 | 1,409.37 | 0.00 | 8,281.78 | 0.00 | 6,872.41 |
| Postage & Delivery | 0.00 | (5.21) | 5.21 | 101.86 | 89.41 | 107.07 | 84.20 |
| Rent | 6,880.91 | 6,349.86 | 531.05 | 47,120.48 | 8,518.77 | 40,770.62 | 7,987.72 |
| Shipping | 554.31 | 654.31 | (100.00) | 1,979.41 | 267.54 | 1,325.10 | 367.54 |
| Telephone & Internet | 501.49 | 424.81 | 76.68 | 3,421.43 | 1,269.83 | 2,996.62 | 1,193.15 |
| Utilities Electric/Gas/Security/Waste/Water | 650.98 | 650.98 | 0.00 | 5,465.20 | 5,641.79 | 4,814.22 | 5,641.79 |
| **Total Expenses** | **79,620.23** | 18,132.40 | 61,487.83 | 342,907.04 | 164,617.37 | 324,774.64 | 103,129.54 |
| **Net Gain (Loss)** | **(57,477.12)** | | | | | | |

**OTHER Expenses & Transfers**

| | | Paid by Ski & Bike | Paid by Multisports | Paid by Ski & Bike | Paid by Multisports | Paid by Ski & Bike | Paid by Multisports |
|---|---|---|---|---|---|---|---|
| U.S. Trustee Qtrly Fee | 0.00 | 1,625.00 | (1,625.00) | 3,750.00 | 650.00 | 2,125.00 | 2,275.00 |
| ComEd Deposit | 0.00 | 0.00 | 0.00 | 0.00 | 278.33 | | 278.33 |
| Adjust prior Multisports Exp paid by Ski & Bike | (7,832.65) | 0.00 | (7,832.65) | (7,832.65) | | | 0.00 |
| Adjust prior Ski & Bike Exp paid by Multisports | 61,155.90 | 0.00 | 61,155.90 | | | | (38,125.97) |
| Ski&Bike Credit Card Deposits to Multisports | 891.90 | 0.00 | 891.90 | | (37,234.07) | | 40,478.21 |
| Multisports Credit Card Deposits to Ski&Bike | 38.14 | 0.00 | 38.14 | | 40,516.35 | | |
| | | | 114,116.12 | | 168,827.98 | | 108,035.11 |

**SKI & BIKE Payable to MULTISPORTS:**

| | |
|---|---|
| October 2008 | 114,116.12 |
| September 2008 | 5,451.56 |
| August 2008 | 7,716.72 |
| July 2008 | 1,795.97 |
| June 2008 | 1,356.04 |
| May 2008 | 2,233.75 |
| April 2008 | 16,957.15 |
| March 2008 | 31,123.78 |
| February 2008 | 18,742.89 |
| January 2008 | (5,279.36) |
| December 2007 | 19,675.38 |
| November 2007 | 8,261.23 |

| | |
|---|---|
| **Total Payable due MULTISPORTS** | **222,151.23** |

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re   Mission Bay Ski & Bike, Inc.                ,

_Debtor_

Case No.   07 B 20870

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   November 2008

Line of Business:   Retail

Date filed:

NAISC Code:   45110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Linda Post_

Original Signature of Responsible Party

Linda Post      Bookkeeper

Printed Name of Responsible Party

| Questionnaire: _(All questions to be answered on behalf of the debtor.)_ | Yes | No |
|---|:---:|:---:|
| 1.  IS THE BUSINESS STILL OPERATING? | ☐ | ☑ |
| 2.  HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3.  DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4.  HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5.  HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☐ | ☑ |
| 6.  HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7.  HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8.  DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☑ |
| 9.  ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10.  HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11.  DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12.  HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13.  DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT?  _NOTE 1_ | ☑ | ☐ |

FROM :                        Mar. 26 2009 04:21PM  P8

Page 2

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? *NOTE 2* | ☑ | ☐ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX          ☑    ☐
OBLIGATIONS? *IL SALES TAX RETURN OCTOBER 2009 $6073.00 FILED AND UNPAID*
IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ _____ 16,570.30

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 213.60 |
| Cash on Hand at End of Month | $ | 126.00 |

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** $ _____ 126.00

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ _____ 25,469.33

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 16,570.30 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 25,469.33 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | -8,899.03 |

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL PAYABLES | $ | 276,332.44 |

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL RECEIVABLES | $ | 254,966.61 |

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.  *Previously submitted to Trustee Richard Fogel*

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 6 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 5 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 19,271.64 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

FROM :                                                                          Mar. 26 2009 04:21PM  P10

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                               $
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                            $
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                     $

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

Note 1: Questionnaire #13    Debtor has maintained its pre-petition checking account, with
permission, for the purpose of receiving credit card settlement payments and paying related
credit card processing fees and charges.

Note 2: Questionnaire #16    Debtor has received cash and credit from its affiliate, Mission Bay
Multisports, Inc. per court order.  This payable to Multisports will continue to increase during the
case until the Court orders otherwise or a plan is confirmed which addresses the indebtedness.

## MISSION BAY SKI & BIKE    Nov 2008
## U.S. Trustee Report

| INCOME | | Paid by Ski & Bike | Paid by Multisports |
|---|---|---|---|
| Sales | 15,116.34 | 15,116.34 | |
| Interest Income | 0.00 | 0.00 | |
| Sales Tax Collected | 1,437.72 | 1,437.72 | |
| Sales Tax Collection Discount | 16.24 | 16.24 | |
| **Total Income** | **16,570.30** | 16,570.30 | |

| EXPENSES | | Paid by Ski & Bike | Paid by Multisports |
|---|---|---|---|
| Accrued IL Sales Tax paid | 926.24 | 4,467.24 | (3,541.00) |
| Accrued Payroll Tax paid | 2,098.14 | 0.00 | 2,098.14 |
| Advertising | 0.00 | 0.00 | 0.00 |
| Cost of Goods | 6,723.63 | 6,619.10 | 104.53 |
| Credit Card Fees | 623.30 | 623.30 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 |
| Legal Expense | 2,677.90 | 2,677.90 | 0.00 |
| Licenses & Permits | 0.00 | 0.00 | 0.00 |
| Maintenance & Repairs | 133.78 | 133.78 | 0.00 |
| Miscellaneous | 160.32 | 60.32 | 100.00 |
| Office & Store Supplies | 329.78 | 329.78 | 0.00 |
| Payroll-General | 2,591.54 | 2,153.14 | 438.40 |
| Payroll-Officers | 7,500.00 | 5,000.00 | 2,500.00 |
| Payroll Taxes | 580.81 | 0.00 | 580.81 |
| Postage & Delivery | 0.00 | 0.00 | 0.00 |
| Rent | 0.00 | 0.00 | 0.00 |
| Shipping | 294.60 | 294.60 | 0.00 |
| Telephone & Internet | 231.78 | 231.78 | 0.00 |
| Utilities Electric/Gas/Security/Waste/Water | 597.51 | 422.76 | 174.75 |
| **Total Expenses** | **25,469.33** | 23,013.70 | 2,455.63 |
| **Net Gain (Loss)** | **(8,899.03)** | | |

| OTHER Expenses & Transfers | | Paid by Ski & Bike | Paid by Multisports |
|---|---|---|---|
| U.S. Trustee Qtrly Fee | 0.00 | 650.00 | (650.00) |
| ComEd Deposit | 0.00 | 0.00 | 0.00 |
| Adjust Multisports Expense paid by Ski & Bike | 0.00 | 0.00 | 0.00 |
| Ski & Bike Credit Card Deposits to Multisports | 0.00 | 0.00 | 0.00 |
| Multisports Credit Card Deposits to Ski & Bike | 0.00 | 0.00 | 0.00 |
| | | | 1,805.63 |

### SKI & BIKE Payable to MULTISPORTS:

| | | |
|---|---|---|
| Due MULTISPORTS from SKI & BIKE | November 2008 | 1,805.63 |
| Due MULTISPORTS from SKI & BIKE | October 2008 | 114,116.12 |
| Due MULTISPORTS from SKI & BIKE | September 2008 | 5,451.56 |
| Due MULTISPORTS from SKI & BIKE | August 2008 | 7,716.72 |
| Due MULTISPORTS from SKI & BIKE | July 2008 | 1,795.97 |
| Due MULTISPORTS from SKI & BIKE | June 2008 | 1,356.04 |
| Due MULTISPORTS from SKI & BIKE | May 2008 | 2,233.75 |
| Due MULTISPORTS from SKI & BIKE | April 2008 | 16,957.15 |
| Due MULTISPORTS from SKI & BIKE | March 2008 | 31,123.78 |
| Due MULTISPORTS from SKI & BIKE | February 2008 | 18,742.89 |
| Due MULTISPORTS from SKI & BIKE | January 2008 | (5,279.36) |
| Due MULTISPORTS from SKI & BIKE | December 2007 | 19,675.38 |
| Due MULTISPORTS from SKI & BIKE | November 2007 | 8,261.23 |
| **Total Payable due MULTISPORTS** | | **223,956.86** |