B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re   Mission Bay Ski & Bike, Inc.   ,  
           *Debtor*

Case No.   07 B 20870

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   October 2008       Date filed:

Line of Business:   Retail       NAISC Code:   45110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Linda Post*  
Original Signature of Responsible Party

Linda Post     Bookkeeper  
Printed Name of Responsible Party

| | **Questionnaire:** *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ *Note 1* |

FROM :
Case 07-20870    Doc 285    Filed 03/31/09    Entered 03/31/09 16:37:29    Desc Main
Document    Page 2 of 10    Mar. 26 2009 04:18PM P3

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? *NOTE 2* ☑ ☐

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? *NOTE 3* ☑ ☐

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? *IL SALES TAX RETURN OCTOBER 2007 # 6073.00 FILED - UNPAID* ☑ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 22,143.11

**SUMMARY OF CASH ON HAND**

Cash on Hand at Start of Month $ 0.00

Cash on Hand at End of Month $ 213.60

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL $ 213.60

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 79,620.23

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 22,143.11

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 79,620.23

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** $ -57,477.12

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 270,986.79

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 254,966.61

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT. *PREVIOUSLY SUBMITTED TO TRUSTEE RICHARD FOGEL*

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 6 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 6 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 16,593.74 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ _____

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

<u>Note 1: Questionnaire #13</u>   Debtor has maintained its pre-petition checking account, with permission, for the purpose of receiving credit card settlement payments and paying related credit card processing fees and charges.

<u>Note 2: Questionnaire # 14</u>   Debtor previously purchased a wide screen television for $500 and sold it for $500. The cash transaction was deposited to Ski & Bike's Petty Cash Account and credited to Equipment Expense Account.

<u>Note 3: Questionnaire #16</u>   Debtor has received cash and credit from its affiliate, Mission Bay Multisports, Inc. per court order. This payable to Multisports will continue to increase during the case until the Court orders otherwise or a plan is confirmed which addresses the indebtedness.

## MISSION BAY SKI & BIKE — Oct 2008
## U.S. Trustee Report

| | Oct 2008 | Nov 7, 2007-Oct 31, 2008 less previously reported Oct 2008 Balance | | 11/7/07-10/31/08 | | 11/7/07-9/30/08 Reported | | |
|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | |
| Sales | 20,636.13 | 20,636.13 | | 363,908.61 | | 343,272.48 | | |
| Interest Income | 12.08 | 12.08 | | 12.08 | | 0.00 | | |
| Sales Tax Collected | 1,447.00 | 1,447.00 | | 34,289.69 | | 32,842.69 | | <7,946.38 prior |
| Sales Tax Collection Discount | 47.90 | 47.90 | | 492.69 | | 444.79 | | reported |
| Total Income | 22,143.11 | 22,143.11 | | 398,703.07 | | 376,559.96 | | |
| | | Paid by Ski & Bike | Paid by Multisports | Paid by Ski & Bike | Paid by Multisports | Paid by Ski & Bike | Paid by Multisports | |
| **EXPENSES** | | | | | | | | |
| Accrued IL Sales Tax paid | 2,389.21 | 2,356.21 | 33.00 | 24,161.69 | 4,055.00 | 21,805.48 | 4,022.00 | |
| Accrued Payroll Tax paid | 4,817.11 | 0.00 | 4,817.11 | 0.00 | 14,233.50 | 0.00 | 9,416.39 | |
| Advertising | 530.00 | 530.00 | 0.00 | 9,047.00 | 2,449.00 | 8,517.00 | 2,449.00 | |
| Cost of Goods | 26,629.16 | 4,988.21 | 21,640.95 | 177,665.88 | 54,953.15 | 172,677.67 | 33,312.20 | |
| Credit Card Fees | 448.45 | (1,186.05) | 1,634.50 | 7,013.95 | 773.49 | 8,200.00 | (861.01) | |
| Insurance | 3,416.25 | 3,416.25 | 0.00 | 3,453.98 | 1,413.61 | 37.73 | 1,413.61 | |
| Legal Expense | 15,343.34 | 1,539.00 | 13,804.34 | 2,132.80 | 14,460.94 | 593.80 | 656.60 | |
| Licenses & Permits | 0.00 | 0.00 | 0.00 | 0.00 | 190.00 | 0.00 | 190.00 | |
| Maintenance & Repairs | 262.40 | 351.14 | (88.74) | 2,206.34 | 2,611.13 | 1,855.20 | 2,699.87 | |
| Miscellaneous | 2,757.84 | 2,712.42 | 45.42 | 4,073.05 | 58.52 | 1,360.63 | 13.10 | |
| Office & Store Supplies | 301.31 | 622.37 | (321.06) | 2,860.53 | 1,609.28 | 2,238.16 | 1,930.34 | |
| Payroll-General | 5,683.10 | 5,683.10 | 0.00 | 30,203.44 | 8,240.63 | 24,520.34 | 8,240.63 | |
| Payroll-Officers | 7,045.00 | (10,955.00) | 18,000.00 | 22,000.00 | 35,500.00 | 32,955.00 | 17,500.00 | |
| Payroll Taxes | 1,409.37 | 0.00 | 1,409.37 | 0.00 | 8,281.78 | 0.00 | 6,872.41 | |
| Postage & Delivery | 0.00 | (5.21) | 5.21 | 101.86 | 89.41 | 107.07 | 84.20 | |
| Rent | 6,880.91 | 6,349.86 | 531.05 | 47,120.48 | 8,518.77 | 40,770.62 | 7,987.72 | |
| Shipping | 554.31 | 654.31 | (100.00) | 1,979.41 | 267.54 | 1,325.10 | 367.54 | |
| Telephone & Internet | 501.49 | 424.81 | 76.68 | 3,421.43 | 1,269.83 | 2,996.62 | 1,193.15 | |
| Utilities Electric/Gas/Security/Waste/Water | 650.98 | 650.98 | 0.00 | 5,465.20 | 5,641.79 | 4,814.22 | 5,641.79 | |
| Total Expenses | 79,620.23 | 18,132.40 | 61,487.83 | 342,907.04 | 164,617.37 | 324,774.64 | 103,129.54 | |
| Net Gain (Loss) | (57,477.12) | | | | | | | |
| **OTHER Expenses & Transfers** | | | | | | | | |
| U.S. Trustee Qtrly Fee | 0.00 | 1,625.00 | (1,625.00) | 3,750.00 | 650.00 | 2,125.00 | 2,275.00 | |
| ComEd Deposit | 0.00 | 0.00 | 0.00 | | 278.33 | | 278.33 | |
| Adjust prior Multisports Exp paid by Ski & Bike | (7,832.65) | 0.00 | (7,832.65) | | (7,832.65) | | 0.00 | |
| Adjust prior Ski & Bike Exp paid by Multisports | 61,155.90 | 0.00 | 61,155.90 | | | | | |
| Ski&Bike Credit Card Deposits to Multisports | 891.90 | 0.00 | 891.90 | | (37,234.07) | | (38,125.97) | |
| Multisports Credit Card Deposits to Ski&Bike | 38.14 | 0.00 | 38.14 | | 40,516.35 | | 40,478.21 | |
| | | | 114,116.12 | | 168,827.98 | | 108,035.11 | |

**SKI & BIKE Payable to MULTISPORTS:**

| | |
|---|---|
| October 2008 | 114,116.12 |
| September 2008 | 5,451.56 |
| August 2008 | 7,716.72 |
| July 2008 | 1,795.97 |
| June 2008 | 1,356.04 |
| May 2008 | 2,233.75 |
| April 2008 | 16,957.15 |
| March 2008 | 31,123.78 |
| February 2008 | 18,742.89 |
| January 2008 | (5,279.36) |
| December 2007 | 19,675.38 |
| November 2007 | 8,261.23 |
| **Total Payable due MULTISPORTS** | **222,151.23** |

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Mission Bay Ski & Bike, Inc. ,   Case No.  07 B 20870
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  November 2008   Date filed:

Line of Business:  Retail   NAISC Code:  45110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*[signature]*
Original Signature of Responsible Party

Linda Post   Bookkeeper
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☒ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☒ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☒ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☒ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? *Note 1* | ☒ | ☐ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? *Note 2* | ☑ | ☐ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? *IL SALES TAX RETURN OCTOBER 2007 $6073.00 FILED AND UNPAID*   ☑   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 16,570.30 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 213.60 |
| Cash on Hand at End of Month | $ | 126.00 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 126.00 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 25,469.33 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 16,570.30 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 25,469.33 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | -8,899.03 |

Case 07-20870   Doc 285   Filed 03/31/09   Entered 03/31/09 16:37:29   Desc Main
            Document        Page 8 of 10
FROM :                                          Mar. 26 2009 04:21PM P9

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | |
|---|---|
| TOTAL PAYABLES $ | 276,332.44 |

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | |
|---|---|
| TOTAL RECEIVABLES $ | 254,966.61 |

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT. *PREVIOUSLY SUBMITTED TO TRUSTEE RICHARD FOGEL*

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 6 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 5 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 19,271.64 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

Note 1: Questionnaire #13   Debtor has maintained its pre-petition checking account, with permission, for the purpose of receiving credit card settlement payments and paying related credit card processing fees and charges.

Note 2: Questionnaire #16   Debtor has received cash and credit from its affiliate, Mission Bay Multisports, Inc. per court order. This payable to Multisports will continue to increase during the case until the Court orders otherwise or a plan is confirmed which addresses the indebtedness.

## MISSION BAY SKI & BIKE — Nov 2008
## U.S. Trustee Report

**INCOME**

| | | |
|---|---:|---:|
| Sales | 15,116.34 | 15,116.34 |
| Interest Income | 0.00 | 0.00 |
| Sales Tax Collected | 1,437.72 | 1,437.72 |
| Sales Tax Collection Discount | 16.24 | 16.24 |
| **Total Income** | **16,570.30** | 16,570.30 |

**EXPENSES**

| | | Paid by Ski & Bike | Paid by Multisports |
|---|---:|---:|---:|
| Accrued IL Sales Tax paid | 926.24 | 4,467.24 | (3,541.00) |
| Accrued Payroll Tax paid | 2,098.14 | 0.00 | 2,098.14 |
| Advertising | 0.00 | 0.00 | 0.00 |
| Cost of Goods | 6,723.63 | 6,619.10 | 104.53 |
| Credit Card Fees | 623.30 | 623.30 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 |
| Legal Expense | 2,677.90 | 2,677.90 | 0.00 |
| Licenses & Permits | 0.00 | 0.00 | 0.00 |
| Maintenance & Repairs | 133.78 | 133.78 | 0.00 |
| Miscellaneous | 160.32 | 60.32 | 100.00 |
| Office & Store Supplies | 329.78 | 329.78 | 0.00 |
| Payroll-General | 2,591.54 | 2,153.14 | 438.40 |
| Payroll-Officers | 7,500.00 | 5,000.00 | 2,500.00 |
| Payroll Taxes | 580.81 | 0.00 | 580.81 |
| Postage & Delivery | 0.00 | 0.00 | 0.00 |
| Rent | 0.00 | 0.00 | 0.00 |
| Shipping | 294.60 | 294.60 | 0.00 |
| Telephone & Internet | 231.78 | 231.78 | 0.00 |
| Utilities Electric/Gas/Security/Waste/Water | 597.51 | 422.76 | 174.75 |
| **Total Expenses** | **25,469.33** | 23,013.70 | 2,455.63 |
| **Net Gain (Loss)** | **(8,899.03)** | | |

**OTHER Expenses & Transfers**

| | | | |
|---|---:|---:|---:|
| U.S. Trustee Qtrly Fee | 0.00 | 650.00 | (650.00) |
| ComEd Deposit | 0.00 | 0.00 | 0.00 |
| Adjust Multisports Expense paid by Ski & Bike | 0.00 | 0.00 | 0.00 |
| Ski & Bike Credit Card Deposits to Multisports | 0.00 | 0.00 | 0.00 |
| Multisports Credit Card Deposits to Ski & Bike | 0.00 | 0.00 | 0.00 |
| | | | 1,805.63 |

**SKI & BIKE Payable to MULTISPORTS:**

| | | |
|---|---|---:|
| Due MULTISPORTS from SKI & BIKE | November 2008 | 1,805.63 |
| Due MULTISPORTS from SKI & BIKE | October 2008 | 114,116.12 |
| Due MULTISPORTS from SKI & BIKE | September 2008 | 5,451.56 |
| Due MULTISPORTS from SKI & BIKE | August 2008 | 7,716.72 |
| Due MULTISPORTS from SKI & BIKE | July 2008 | 1,795.97 |
| Due MULTISPORTS from SKI & BIKE | June 2008 | 1,356.04 |
| Due MULTISPORTS from SKI & BIKE | May 2008 | 2,233.75 |
| Due MULTISPORTS from SKI & BIKE | April 2008 | 16,957.15 |
| Due MULTISPORTS from SKI & BIKE | March 2008 | 31,123.78 |
| Due MULTISPORTS from SKI & BIKE | February 2008 | 18,742.89 |
| Due MULTISPORTS from SKI & BIKE | January 2008 | (5,279.36) |
| Due MULTISPORTS from SKI & BIKE | December 2007 | 19,675.38 |
| Due MULTISPORTS from SKI & BIKE | November 2007 | 8,261.23 |
| **Total Payable due MULTISPORTS** | | **223,956.86** |