IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Chapter 7<br>Case No.: 07-20870 |
| MISSION BAY SKI & BIKE, INC.,<br>and MISSION BAY MULTISPORTS,<br>INC., | § § § § | Jointly Administered<br>Hearing: October 5, 2011<br>9:30 a.m. |
| Debtors. | § § | Hon. A. Benjamin Goldgar |

**NOTICE OF MOTION AND MOTION
OF BRUCE DOPKE TO SHORTEN NOTICE PERIOD
ON HIS APPLICATION FOR ALLOWANCE
AND PARTIAL PAYMENT (FROM RETAINER) OF
FINAL COMPENSATION AND REIMBURSEMENT OF
COSTS AND EXPENSES AND RELATED RELIEF
FROM THE ESTATE OF MISSION BAY SKI & BIKE, INC.**

Please take notice that on Wednesday, October 5, 2011, at 9:30 a.m., we will appear before the Honorable A. Benjamin Goldgar, Judge of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Courtroom 613, Chicago, IL 60604, or such other judge as may be sitting in Judge Goldgar's place and stead, and then and there present the Motion of Bruce Dopke To Shorten Notice Period On His Application For Allowance and Partial Payment (From Retainer) Of Final Compensation And Reimbursement Of Costs And Expenses and Related Relief From The Estate Of Mission Bay Ski & Bike, Inc., a copy of which is attached hereto and is hereby served upon you.

Dated: September 28, 2011.

By:  /s/ Bruce Dopke
Former counsel to Mission Bay Ski & Bike, Inc.

Bruce Dopke
P.O. Box 681246
Schaumburg, IL 60168-1246
Tel: 847-524-4811
Fax: 847-524-4131
email: bruce@dopkelaw.com
ARDC: 3127052

## CERTIFICATE OF SERVICE

I, Bruce Dopke, an attorney, hereby certify that I caused to be served a complete and accurate copy of the attached **Notice of Motion** and the documents referred to therein (including notices and cover sheets) by causing a copy of the same to sent: electronically and through the Court's electronic delivery system, to those persons who are registered to receive electronic service of process in this case, who are identified in Exhibit 1 attached hereto.  In addition to this, a copy of the motion and the related notices and cover sheet were sent by first class United States mail to the Debtor at the following address:

>Mission Bay Ski & Bike, Inc.
>c/o Nancy Lee Carlson, Registered Agent
>321 W. Ohio Street, Suite 500
>Chicago, IL  60610

all of which was sent by first class United States Mail before 5:00 p.m. on this 28th day of September 2011.

                                                  /s/ Bruce Dopke

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | Case No.: 07-20870 |
| MISSION BAY SKI & BIKE, INC., | § | Jointly Administered |
| and MISSION BAY MULTISPORTS, | § | Hearing: October 5, 2011 |
| INC., | § | 9:30 a.m. |
| | § | |
| Debtors. | § | Hon. A. Benjamin Goldgar |

**MOTION OF BRUCE DOPKE
TO SHORTEN NOTICE PERIOD
ON HIS APPLICATION FOR ALLOWANCE
AND PARTIAL PAYMENT (FROM RETAINER) OF
FINAL COMPENSATION AND REIMBURSEMENT OF
COSTS AND EXPENSES AND RELATED RELIEF
FROM THE ESTATE OF MISSION BAY SKI & BIKE, INC.**

Applicant Bruce Dopke ("Applicant") former counsel to Debtor Mission Bay Ski & Bike, Inc. ("Mission Bay") files this motion (the "Motion") for entry of an order which shortens by one day the notice period on his pending application for final compensation and reimbursement of costs and expenses for his services to Mission Bay under 11 U.S.C. §330 (the "Application"). In support of the Motion, Mr. Dopke respectfully represents as follows.

1. Applicant originally planned to present the Application on October 10, 2011. However, when a routine check of the Court's website indicated that the Court would not be hearing cases on October 10, Applicant hastened to complete the Application so that it could be filed (and served) on September 15, 2011, for hearing on October 5, 2011.

2. Federal Rule of Bankruptcy Procedure 2002(a)(6) states that requests for compensation by estate professionals, such as the Application, should be presented on twenty-

-1-

one day's notice to parties in interest. Applicant afforded parties in interest only twenty-day's notice of the hearing on his Application.

3.    Federal Rule of Bankruptcy Procedure 9006(c) allows the Court discretion to shorten the time period set by Bankruptcy Rule 2002(a)(6), for cause shown.

4.    The shortening of the notice period requested by the Motion should not prejudice any entity. We expect that chapter 11 administrative claims against Mission Bay will not be paid in full, so the rights of general unsecured creditors should be unaffected.

5.    Applicant is planning to be out of State between October 12, 2011 through mid-November 2011. Thus, any delay in the filing and presentment of the Application beyond October 5, 2011 would have resulted in a substantial delay in the hearing and resolution of the Application.

6.    This Motion may be heard by the Court as a core proceeding under 28 U.S.C. §157(b)(2)(A), and in any event, Applicant consents to the Court's determination of any and all issues raised in connection with the Motion.

WHEREFORE, Bruce Dopke requests that the Court afford him the following relief with respect to the Mission Bay's bankruptcy estate:

a.    to shorten the required notice period for the presentment of Mr. Dopke's application for an allowance of final compensation and reimbursement of expenses to twenty (20) days; and

  b. grants to Mr. Dopke such further and additional relief as the Court deems just.

Dated: September 28, 2011

               By: /s/ Bruce Dopke
                  Former counsel to Mission Bay Ski & Bike, Inc.

                  Bruce Dopke
                  P.O. Box 681246
                  Schaumburg, IL 60168-1246
                  Tel: 847-524-4811
                  Fax: 847-524-4131
                  email: bruce@dopkelaw.com
                  ARDC: 3127052