**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: MISSION BAY SKI & BIKE, INC.   § Case No. 07-20870
                                      §
                                      §
Debtor(s)                             §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 07, 2007. The undersigned trustee was appointed on December 09, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      363,746.75

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 137,807.53 |
   | Bank service fees | 5,616.76 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 220,322.46 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/13/2009 and the deadline for filing governmental claims was 05/13/2009.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $21,437.34.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $21,437.34, for a total compensation of $21,437.34.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $92.00 and now requests reimbursement for expenses of $50.10, for total expenses of $50.10.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/25/2012          By:/s/RICHARD M. FOGEL
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-20870  
**Case Name:** MISSION BAY SKI & BIKE, INC.  
**Period Ending:** 06/25/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/08/08 (c)  
**§341(a) Meeting Date:** 01/22/09  
**Claims Bar Date:** 05/13/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Claim against former shareholders- real estate  (See Footnote) | Unknown | Unknown | | 0.00 | Unknown |
| 2 | Petty cash | 100.00 | 180.00 | | 311.40 | FA |
| 3 | Bank account- First American Bank | 250.00 | 7,886.68 | | 7,886.68 | FA |
| 4 | Bank account- Merchant Bank  (See Footnote) | Unknown | 0.00 | | 939.01 | FA |
| 5 | Security deposit- Elgin  (See Footnote) | 5,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Security deposit- Arlington Heights  (See Footnote) | 7,655.23 | 0.00 | DA | 0.00 | FA |
| 7 | Interests insurance policies  (See Footnote) | Unknown | Unknown | DA | 0.00 | FA |
| 8 | Collateral Account-First American Bank  (See Footnote) | 1,000,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Accounts receivable | 149.93 | 3,000.00 | | 3,000.00 | FA |
| 10 | Claim against former shareholders- Embezzlement (See Footnote) | 100,000.00 | Unknown | | 87,500.00 | FA |
| 11 | Claim against lender  (See Footnote) | Unknown | 150,000.00 | | 154,574.00 | FA |
| 12 | Claim against former attorney- Malpractice  (See Footnote) | Unknown | Unknown | OA | 0.00 | Unknown |
| 13 | Claim against G&L Properties  (See Footnote) | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Computer equipment  (See Footnote) | 2,891.81 | Unknown | | 100.00 | FA |
| 15 | Fixtures  (See Footnote) | 3,827.62 | Unknown | | 100.00 | FA |
| 16 | Inventory  (See Footnote) | 54,000.00 | Unknown | | 15,800.00 | FA |
| 17 | Website | Unknown | 0.00 | DA | 0.00 | FA |
| 18 | Leasehold- Elgin  (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 19 | Leasehold- Arlington Heights  (See Footnote) | Unknown | 0.00 | OA | 0.00 | FA |
| 20 | Claim against Mission Bay Multisports  (See Footnote) | Unknown | Unknown | DA | 0.00 | FA |
| 21 | Refunds  (u)  (See Footnote) | 0.00 | Unknown | | 317.49 | FA |
| 22 | Bank accounts- First Community Bank  (u)  (See Footnote) | 0.00 | 8,000.00 | | 7,901.99 | FA |
| 23 | Claim against former attorney- Fraud  (u)  (See Footnote) | 0.00 | 175,000.00 | | 84,650.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-20870  
**Case Name:** MISSION BAY SKI & BIKE, INC.  
**Period Ending:** 06/25/12  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/08/08 (c)  
**§341(a) Meeting Date:** 01/22/09  
**Claims Bar Date:** 05/13/09  

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | Automobiles and other vehicles- GMC Yukon (u) (See Footnote) | 0.00 | 500.00 | | 500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 166.18 | Unknown |
| 25 | **Assets Totals** (Excluding unknown values) | **$1,186,374.59** | **$344,566.68** | | **$363,746.75** | **$0.00** |

| | |
|---|---|
| RE PROP# 1 | See #10 |
| RE PROP# 4 | Subject to setoff |
| RE PROP# 5 | Subject to setoff |
| RE PROP# 6 | Subject to setoff |
| RE PROP# 7 | No cash value |
| RE PROP# 8 | Subject to setoff.  See #11 |
| RE PROP# 10 | Settled per o/c 3-10-10 for cash payment and 10% share of recovery in pending legal malpractice action.  Malpractice action settled for $675,000 04/12. |
| RE PROP# 11 | Settled per o/c 11-9-09 |
| RE PROP# 12 | Abandoned per o/c 1-28-09 |
| RE PROP# 13 | Subject to setoff |
| RE PROP# 14 | Sold at auction 12-30-08 per order dated 12-15-08 |
| RE PROP# 15 | Sold at public auction on 12-30-08 per order dated 12-15-08 |
| RE PROP# 16 | Sold at public auction on 12-30-08 per order dated 12-30-08 |
| RE PROP# 18 | Rejected by order dated 12-10-07 |
| RE PROP# 19 | Rejected per order dated 12-08-08 |
| RE PROP# 20 | Offset by Multisports' claim against estate |
| RE PROP# 21 | Recovered via mail forwarding order |
| RE PROP# 22 | Disclosed by Val Gervais |
| RE PROP# 23 | Per settlement orders 3/10/10 (Torchalski), 6/16/10 (Zaczek) and 10/13/10 (Carlson) |
| RE PROP# 24 | Sale approved 3-10-10 |

**Major Activities Affecting Case Closing:**

Monitoring legal malpractice action- estate entitled to receive portion of recovery per settlement agreement with Gervais and Linneman.  Case currently in mediation.

**Initial Projected Date Of Final Report (TFR):** December 31, 2010        **Current Projected Date Of Final Report (TFR):** June 30, 2012

Exhibit B

# FORM 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-20870 | | Trustee: | RICHARD M. FOGEL (330720) |
| Case Name: | MISSION BAY SKI & BIKE, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****35-65 - Money Market Account |
| Taxpayer ID #: | **-***9819 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/25/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/10/08 | {3} | FIRST AMERICAN BANK | Balance on deposit | 1129-000 | 7,886.68 | | 7,886.68 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 7,886.95 |
| 01/05/09 | {4} | FIRST AMERICAN BANK | Balance on deposit | 1129-000 | 939.01 | | 8,825.96 |
| 01/05/09 | {2} | RICHARD M. FOGEL | Petty cash on premises~(176.00 in bills and $9.40 in coin) | 1129-000 | 185.40 | | 9,011.36 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,011.71 |
| 02/03/09 | {21} | COMMONWEALTH EDISON | Refund of utility deposit - 213 S. Arlington Hts Rd., Arlington Heights, IL | 1229-000 | 317.49 | | 9,329.20 |
| 02/10/09 | {2} | RICHARD FOGEL | Petty cash (FROM LINDA POST AT 341) | 1129-000 | 126.00 | | 9,455.20 |
| 02/16/09 | | To Account #********3566 | Photocopies | 9999-000 | | 87.20 | 9,368.00 |
| 02/20/09 | {22} | FIRST COMMUNITY BANK | Balance on deposit | 1229-000 | 3,555.96 | | 12,923.96 |
| 02/20/09 | {22} | FIRST COMMUNITY BANK | Balance on deposit | 1229-000 | 4,346.03 | | 17,269.99 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 17,270.38 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 17,271.13 |
| 04/01/09 | | To Account #********3566 | Bond Premium | 9999-000 | | 19.29 | 17,251.84 |
| 04/13/09 | | To Account #********3566 | Court reporter | 9999-000 | | 243.00 | 17,008.84 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,009.53 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 17,010.20 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 17,010.94 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 17,011.65 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 17,012.36 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,013.05 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,013.74 |
| 11/24/09 | {11} | FIRST AMERICAN BANK | Settlement of counts I, II, IX and XI of fraudulent transfer litigation per o/c 11-9-09 | 1141-000 | 154,574.00 | | 171,587.74 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 171,588.66 |
| 12/03/09 | | To Account #********3566 | Account Transfer | 9999-000 | | 4.80 | 171,583.86 |
| 12/14/09 | | To Account #********3566 | Account Transfer | 9999-000 | | 5,124.55 | 166,459.31 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.10 | | 166,466.41 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.56 | | 166,472.97 |
| 02/10/10 | | To Account #********3566 | Account Transfer | 9999-000 | | 154.06 | 166,318.91 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.33 | | 166,325.24 |
| 03/18/10 | {10} | WILLIAM LINNEMANN & VALERIE GERVAIS | Partial settlement of adversary complaint, per o/c 3-10-10 | 1141-000 | 20,000.00 | | 186,325.24 |
| 03/18/10 | {24} | WILLIAM LINNEMANN & VALERIE GERVAIS | Sale of vehicle, per o/c 3-10-10 | 1229-000 | 500.00 | | 186,825.24 |
| 03/19/10 | | From Account #********3566 | Account Transfer- proceeds transferred to | 9999-000 | 8,655.39 | | 195,480.63 |

Subtotals :    $201,113.53    $5,632.90

{} Asset reference(s)

Printed: 06/25/2012 12:58 PM    V.13.02

Exhibit B

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 07-20870  
**Case Name:** MISSION BAY SKI & BIKE, INC.  

**Taxpayer ID #:** **-***9819  
**Period Ending:** 06/25/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****35-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | wrong acct. | | | | |
| 03/23/10 | {23} | ZUKOWSKI ROGERS FLOOD & MCARDLE | Partial settlement of adversary complaint, per o/c 3-10-10 | 1241-000 | 1,500.00 | | 196,980.63 |
| 03/31/10 | {23} | MICHAEL J. TORCHALSKI | Partial settlement of adversary complaint per o/c 3-10-10 | 1241-000 | 650.00 | | 197,630.63 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.91 | | 197,638.54 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.34 | | 197,639.88 |
| 04/06/10 | | Wire out to BNYM account 9200******3565 | Wire out to BNYM account 9200******3565 | 9999-000 | -197,639.88 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **5,632.90** | **5,632.90** | **$0.00** |
| | | | Less: Bank Transfers | | -188,984.49 | 5,632.90 | |
| | | | **Subtotal** | | **194,617.39** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$194,617.39** | **$0.00** | |

{} Asset reference(s)

Printed: 06/25/2012 12:58 PM V.13.02

Case 07-20870    Doc 377    Filed 06/25/12    Entered 06/25/12 16:24:54    Desc Main
Document      Page 7 of 15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 07-20870  
**Case Name:** MISSION BAY SKI & BIKE, INC.  
**Taxpayer ID #:** **-***9819  
**Period Ending:** 06/25/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****35-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/08/09 | | From Account #********3567 | Post-petition utilities | 9999-000 | 150.00 | | 150.00 |
| 01/12/09 | 101 | ARLINGTON SECURITY CO. | ALARM SYSTEM & MONITORING FEE | 2420-000 | | 150.00 | 0.00 |
| 01/13/09 | {9} | AARON B. KARLOW | Layaway sale | 1121-000 | 3,000.00 | | 3,000.00 |
| 01/13/09 | {9} | AARON B. KARLOW | Reversed Deposit 100001 1 Layaway sale | 1121-000 | -3,000.00 | | 0.00 |
| 01/14/09 | {9} | AARON B. KARLOW | Reversed Deposit Rev. 1  Reversed Deposit 100001 1 Layaway sale | 1121-000 | 3,000.00 | | 3,000.00 |
| 01/14/09 | {9} | AARON B. KARLOW | Reversed Deposit Adj. 2  Reversed Deposit Rev. 1  Reversed Deposit 100001 1 Layaway sale | 1121-000 | -3,000.00 | | 0.00 |
| 01/23/09 | | From Account #********3567 | Administrative expenses | 9999-000 | 10,199.89 | | 10,199.89 |
| 01/23/09 | 102 | Top Deck Properties | Post-petition use and occupancy per o/c 1-21-09 | 2410-000 | | 8,449.89 | 1,750.00 |
| 01/23/09 | 103 | Barry Hurwitz | Chapter 7 administrative claim per o/c 1-21-09 | 2500-000 | | 1,750.00 | 0.00 |
| 02/16/09 | | From Account #********3565 | Photocopies | 9999-000 | 87.20 | | 87.20 |
| 02/18/09 | 104 | Landmark Legal Solutions | Photocopies of First American Bank documents- Inv #2094-09 | 2200-000 | | 87.20 | 0.00 |
| 04/01/09 | | From Account #********3565 | Bond Premium | 9999-000 | 19.29 | | 19.29 |
| 04/02/09 | 105 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 19.29 | 0.00 |
| 04/13/09 | | From Account #********3565 | Court reporter | 9999-000 | 243.00 | | 243.00 |
| 04/15/09 | 106 | ROMAY CORPORATION | COURT REPORT/TRANSCRIPT - 341 MEETING | 2990-000 | | 243.00 | 0.00 |
| 12/03/09 | | From Account #********3565 | Account Transfer | 9999-000 | 4.80 | | 4.80 |
| 12/04/09 | 107 | SHAW GUSSIS FISHMAN GLANTZ | Reimburse petty cash for postage due | 2200-000 | | 4.80 | 0.00 |
| 12/14/09 | | From Account #********3565 | Account Transfer | 9999-000 | 5,124.55 | | 5,124.55 |
| 12/17/09 | 108 | ALAN D. LASKO & ASSOCIATES, P.C. | Accountants fees and expenses | | | 5,124.55 | 0.00 |
| | | | Accountants fees    5,078.00 | 3410-000 | | | 0.00 |
| | | | Accountants expenses    46.55 | 3420-000 | | | 0.00 |
| 02/10/10 | | From Account #********3565 | Account Transfer | 9999-000 | 154.06 | | 154.06 |
| 02/11/10 | 109 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 154.06 | 0.00 |
| 03/18/10 | | From Account #********3567 | Account Transfer to main MMA per o/c 3-10-10 | 9999-000 | 8,655.39 | | 8,655.39 |
| 03/19/10 | | To Account #********3565 | Account Transfer- proceeds transferred to wrong acct. | 9999-000 | | 8,655.39 | 0.00 |

Subtotals :     $24,638.18     $24,638.18

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-20870  
**Case Name:** MISSION BAY SKI & BIKE, INC.

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****35-66 - Checking Account

**Taxpayer ID #:** **-***9819  
**Period Ending:** 06/25/12

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 24,638.18 | 24,638.18 | $0.00 |
| | | | Less: Bank Transfers | | 24,638.18 | 8,655.39 | |
| | | | **Subtotal** | | 0.00 | 15,982.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$15,982.79** | |

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 07-20870　　　　　　　　　　　　　　　**Trustee:** RICHARD M. FOGEL (330720)
**Case Name:** MISSION BAY SKI & BIKE, INC.　　　　　**Bank Name:** JPMORGAN CHASE BANK, N.A.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Account:** ***-*****35-67 - MMA-Proceeds of sale
**Taxpayer ID #:** **-***9819　　　　　　　　　　　　　**Blanket Bond:** $5,000,000.00  (per case limit)
**Period Ending:** 06/25/12　　　　　　　　　　　　　　**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/30/08 | | WILLIAM W. LINNEMANN & VALERIE GERVAIS | Proceeds of auction sale | | 16,000.00 | | 16,000.00 |
| | {14} | | | 100.00 | 1129-000 | | 16,000.00 |
| | {15} | | | 100.00 | 1129-000 | | 16,000.00 |
| | {16} | | | 15,800.00 | 1129-000 | | 16,000.00 |
| 01/08/09 | | To Account #********3566 | Post-petition utilities | 9999-000 | | 150.00 | 15,850.00 |
| 01/13/09 | {9} | AARON B. KARLOW | Layaway sale | 1121-000 | 3,000.00 | | 18,850.00 |
| 01/23/09 | | To Account #********3566 | Administrative expenses | 9999-000 | | 10,199.89 | 8,650.11 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.51 | | 8,650.62 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.32 | | 8,650.94 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.37 | | 8,651.31 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.35 | | 8,651.66 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.34 | | 8,652.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.37 | | 8,652.37 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.36 | | 8,652.73 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.36 | | 8,653.09 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.35 | | 8,653.44 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.35 | | 8,653.79 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.36 | | 8,654.15 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.36 | | 8,654.51 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.34 | | 8,654.85 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.32 | | 8,655.17 |
| 03/18/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.22 | | 8,655.39 |
| 03/18/10 | | To Account #********3566 | Account Transfer to main MMA per o/c 3-10-10 | 9999-000 | | 8,655.39 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,005.28 | 19,005.28 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 19,005.28 | |
| | | | **Subtotal** | | 19,005.28 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,005.28** | **$0.00** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 06/25/2012 12:58 PM    V.13.02

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 07-20870
**Case Name:** MISSION BAY SKI & BIKE, INC.
**Taxpayer ID #:** **-***9819
**Period Ending:** 06/25/12

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******35-65 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | 9999-000 | 197,639.88 | | 197,639.88 |
| 04/23/10 | | To Account #9200******3566 | Account Transfer | 9999-000 | | 1,547.60 | 196,092.28 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 9.45 | | 196,101.73 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 11.66 | | 196,113.39 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 11.28 | | 196,124.67 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 11.66 | | 196,136.33 |
| 08/05/10 | {23} | LAW OFFICES OF JAMES BERT ZACZEK | Settlement of adversary per o/c 6-16-10 | 1241-000 | 2,500.00 | | 198,636.33 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 11.78 | | 198,648.11 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.89 | | 198,653.00 |
| 10/08/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.14 | | 198,654.14 |
| 10/14/10 | {23} | SHAW GUSSIS CLIENT TRUST ACCOUNT | Initial settlement payment per o/c 10-13-10 (held in trust pending entry of order) | 1241-000 | 6,667.00 | | 205,321.14 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.01 | | 205,325.15 |
| 11/09/10 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 6,669.00 | | 211,994.15 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.17 | | 211,999.32 |
| 12/03/10 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 6,669.00 | | 218,668.32 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.54 | | 218,673.86 |
| 01/04/11 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 6,777.00 | | 225,450.86 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.69 | | 225,456.55 |
| 02/01/11 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 6,772.00 | | 232,228.55 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.32 | | 232,233.87 |
| 03/07/11 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 6,900.00 | | 239,133.87 |
| 03/17/11 | | To Account #9200******3566 | Bond Premium | 9999-000 | | 176.70 | 238,957.17 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 6.05 | | 238,963.22 |
| 04/12/11 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 7,000.00 | | 245,963.22 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.99 | | 245,969.21 |
| 05/06/11 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 7,000.00 | | 252,969.21 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 6.39 | | 252,975.60 |
| 06/10/11 | {23} | NANCY LEE CARLSON | Installment payment | 1241-000 | 7,000.00 | | 259,975.60 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.10 | | 259,977.70 |
| 07/11/11 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 7,000.00 | | 266,977.70 |
| 07/13/11 | | To Account #9200******3566 | Account Transfer- interim compensation | 9999-000 | | 1,028.80 | 265,948.90 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.23 | | 265,951.13 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 505.13 | 265,446.00 |
| 08/16/11 | {23} | NANCY LEE CARLSON | Installment payment | 1241-000 | 6,000.00 | | 271,446.00 |

Subtotals :    $274,704.23    $3,258.23

{} Asset reference(s)

Printed: 06/25/2012 12:58 PM    V.13.02

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 07-20870  
**Case Name:** MISSION BAY SKI & BIKE, INC.  
**Taxpayer ID #:** **-***9819  
**Period Ending:** 06/25/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.27 | | 271,448.27 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 624.05 | 270,824.22 |
| 09/14/11 | {23} | NANCY LEE CARLSON | Final settlement payment | 1241-000 | 5,546.00 | | 276,370.22 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -18.22 | 276,388.44 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.24 | | 276,390.68 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 561.81 | 275,828.87 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.33 | | 275,831.20 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 547.88 | 275,283.32 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.25 | | 275,285.57 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 603.43 | 274,682.14 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.32 | | 274,684.46 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 564.41 | 274,120.05 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.32 | | 274,122.37 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 599.27 | 273,523.10 |
| 02/06/12 | 11001 | INTERNATIONAL SURETIES, LTD. | Bond Premium - 016026455 | 2300-000 | | 232.95 | 273,290.15 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 541.57 | 272,748.58 |
| 03/15/12 | 11002 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | Interim fees and expenses, per o/c 3-14-12 | | | 117,799.19 | 154,949.39 |
| | | | 112,958.00 | 3110-000 | | | 154,949.39 |
| | | | 4,841.19 | 3120-000 | | | 154,949.39 |
| 03/15/12 | 11003 | Alan D. Lasko & Associates, P.C. | Interim fees and expenses, per o/c 3-14-12 | | | 1,039.50 | 153,909.89 |
| | | | 1,022.00 | 3410-000 | | | 153,909.89 |
| | | | 17.50 | 3420-000 | | | 153,909.89 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 438.14 | 153,471.75 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 304.00 | 153,167.75 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 345.29 | 152,822.46 |
| 06/04/12 | {10} | THOMAS W. GOOCH & ASSOCIATES CLIENT TRUST ACCT | Estate's portion of Charles Dunlop malpractice action per o/c 3-10-10 | 1141-000 | 67,500.00 | | 220,322.46 |

|  | ACCOUNT TOTALS | 347,763.96 | 127,441.50 | $220,322.46 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 197,639.88 | 2,753.10 | |
|  | **Subtotal** | 150,124.08 | 124,688.40 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$150,124.08** | **$124,688.40** | |

{} Asset reference(s)

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 07-20870
**Case Name:** MISSION BAY SKI & BIKE, INC.

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******35-66 - Checking Account

**Taxpayer ID #:** **-***9819
**Period Ending:** 06/25/12

**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/23/10 | | From Account #9200******3565 | Account Transfer | 9999-000 | 1,547.60 | | 1,547.60 |
| 04/26/10 | 10110 | ALAN D. LASKO & ASSOCIATES, P.C. | Accountants fees and expenses | | | 1,547.60 | 0.00 |
| | | ALAN D. LASKO & ASSOCIATES, PC | 1,530.70 | 3410-000 | | | 0.00 |
| | | ALAN D. LASKO & ASSOCIATES | 16.90 | 3420-000 | | | 0.00 |
| 03/17/11 | | From Account #9200******3565 | Bond Premium | 9999-000 | 176.70 | | 176.70 |
| 03/21/11 | 10111 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 176.70 | 0.00 |
| 07/13/11 | | From Account #9200******3565 | Account Transfer- interim compensation | 9999-000 | 1,028.80 | | 1,028.80 |
| 07/15/11 | 10112 | ALAN D. LASKO & ASSOCIATES, P.C. | Third interim award of fees and expenses, per o/c 7-13-11 | | | 1,028.80 | 0.00 |
| | | | 1,012.10 | 3410-000 | | | 0.00 |
| | | | 16.70 | 3420-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 2,753.10 | 2,753.10 | $0.00 |
| | Less: Bank Transfers | 2,753.10 | 0.00 | |
| | **Subtotal** | 0.00 | 2,753.10 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$2,753.10** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****35-65 | 194,617.39 | 0.00 | 0.00 |
| Checking # ***-*****35-66 | 0.00 | 15,982.79 | 0.00 |
| MMA # ***-*****35-67 | 19,005.28 | 0.00 | 0.00 |
| Checking # 9200-******35-65 | 150,124.08 | 124,688.40 | 220,322.46 |
| Checking # 9200-******35-66 | 0.00 | 2,753.10 | 0.00 |
| | **$363,746.75** | **$143,424.29** | **$220,322.46** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 07-20870
Case Name: MISSION BAY SKI & BIKE, INC.
Trustee Name: RICHARD M. FOGEL

**Balance on hand:** $ 220,322.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 220,322.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 21,437.34 | 0.00 | 21,437.34 |
| Trustee, Expenses - RICHARD M. FOGEL | 50.10 | 0.00 | 50.10 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 117,738.50 | 112,958.00 | 4,780.50 |
| Attorney for Trustee, Expenses - SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 4,994.79 | 4,841.19 | 153.60 |
| Accountant for Trustee, Fees - ALAN D. LASKO & ASSOCIATES, PC | 9,505.53 | 8,642.80 | 1,251.00 |
| Accountant for Trustee, Expenses - ALAN D. LASKO & ASSOCIATES | 119.15 | 97.65 | 21.50 |

Total to be paid for chapter 7 administration expenses: $ 27,694.04
Remaining balance: $ 192,628.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Bruce Dopke | 167,132.00 | 0.00 | 76,917.45 |
| Attorney for D-I-P Expenses - Bruce Dopke | 1,298.20 | 0.00 | 597.46 |
| Other Expenses: Internal Revenue Service/Dept of Treasury | 500.00 | 0.00 | 230.11 |
| Attorney for Special Counsel Fees - Donald F. Engel | 105,970.50 | 0.00 | 48,769.72 |
| Attorney for Special Counsel Expenses - Donald F. Engel | 2,440.80 | 0.00 | 1,123.30 |
| Other Expenses: Top Deck Properties | 141,215.98 | 0.00 | 64,990.38 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for prior chapter administrative expenses: | $ | 192,628.42 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $17,727.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12P-2 | Illinois Department of Revenue | 7,580.84 | 0.00 | 0.00 |
| 13 -2 | Illinois Department of Revenue | 10,146.86 | 0.00 | 0.00 |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 134,464.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quality Bicycle | 5,900.37 | 0.00 | 0.00 |
| 2 | Profile Design | 558.50 | 0.00 | 0.00 |
| 4 | Sports Street Marketing | 999.26 | 0.00 | 0.00 |
| 5 | FIA Card Services successor to | 8,938.41 | 0.00 | 0.00 |
| 6 | Internal Revenue Service/Dept. of Treasury | 473.14 | 0.00 | 0.00 |
| 7 | Yellow Book USA | 5,832.00 | 0.00 | 0.00 |
| 8 | Zipp/Compositech | 8,862.00 | 0.00 | 0.00 |
| 9 | United Parcel Service | 542.77 | 0.00 | 0.00 |
| 10 | Northwave Cycling Shoes | 1,827.58 | 0.00 | 0.00 |
| 11 | G&L Sunset Properties | 62,281.18 | 0.00 | 0.00 |
| 12U-2 | Illinois Department of Revenue | 60.26 | 0.00 | 0.00 |
| 14 | Bell Sports, Inc. | 4,275.99 | 0.00 | 0.00 |
| 16 | Windy City Publishing (7441) | 3,000.00 | 0.00 | 0.00 |
| 17 | Look Cycle USA | 870.55 | 0.00 | 0.00 |
| 19 | Sports Street Marketing | 290.97 | 0.00 | 0.00 |
| 21 | JB Importers | 5,688.18 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 22 | Blue Seventy Wetsuits | 22,189.35 | 0.00 | 0.00 |
| 23 | Pearl Izumi, USA Inc | 1,874.38 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | None |  |  |  |

|  |  |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | None |  |  |  |

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**