# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

**MISSION BAY SKI & BIKE, INC.,**

          **Debtor.**

Chapter 7
Case No. 07-20870

**Hon. A. Benjamin Goldgar**

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicant: | Alan D. Lasko & Associates, P.C. |
| Authorized to Provide Professional Services to: | Richard M. Fogel, Trustee |
| Date of Order Authorizing Employment: | August 5, 2009 |
| Period for Which Compensation is Sought: | February 9, 2012 – June 11, 2012 |
| Amount of Fees Sought: | $1,251.00 |
| Amount of Expense Reimbursement Sought: | $21.50 |

This is a(n):      Interim Application           XX   Final Application

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 11/20/09 | 8/5/09 – 11/13/09 | $4,817.08 | $4,817.08 | $0.00 |
| 03/24/10 | 11/14/09 – 2/25/10 | $1,458.10 | $1,458.10 | $0.00 |
| 06/22/11 | 2/26/10 – 3/23/11 | $1,037.50 | $1,037.50 | $0.00 |
| 02/22/12 | 03/24/11 – 02/08/12 | $1,039.50 | $1,039.50 | $0.00 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein, including retainers and interim payments is $8,352.18

Applicant:                Alan D. Lasko & Associates, P.C.

Dated: June 13, 2012        By:    */s/ Richard M. Fogel*
                              One of the Trustee's attorneys

{6892 CVR A0246894.DOC}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mission Bay Ski & Bike, Inc. | ) | No. 07 B 20870 |
| | ) | |
| 36-3479819 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. A. Benjamin Goldgar |

FIFTH AND FINAL APPLICATION
OF ALAN D. LASKO & ASSOCIATES, P.C.
FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C.,** Certified Public
Accountants, request fifth and final compensation of $1,251.00 and expenses of $21.50 for the
time period from February 9, 2012 through June 11, 2012. A detail is provided herein for the
Estate, which identifies by subject matter the services performed by the Applicant. Additional
detail is provided to reflect the function and individual performing said services. Lastly, each
individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit
pursuant to Bankruptcy Rule 2016.

**INTRODUCTION**

This Court has jurisdiction over this Fifth and Final Fee Application pursuant to 28 U.S.C. §
1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is
proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## MISSION BAY SKI & BIKE, INC.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11

of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by

Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1

of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the

Local Rules"), the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the

United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").


Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has

received or may receive in these cases with another person or party other than the Firm's

partners, of counsel, associates, and other employees, or (b) any compensation another person or

party has received or may receive in these cases.


## GENERAL


The Debtor filed a petition under Chapter 7 of the Federal Bankruptcy Code on or about

January 2, 2009, and a Trustee was subsequently appointed. On August 5, 2009, Alan D. Lasko

& Associates, P.C. was approved by the Court issued as the accountants for the Trustee.

Reflected in this fee petition is the Applicant's time for the preparation of the Estate's year 2012

(final) income tax returns.

## MISSION BAY SKI & BIKE, INC.

### FEE APPLICATION

The fees sought by this Fifth and Final Fee Application reflect an aggregate of 9.4 hours of ADLPC's time spent and recorded in performing services during the Fifth and Final Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADLPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

## MISSION BAY SKI & BIKE, INC.

### BREAKDOWN BY CATEGORIES

The categories in this Application are listed below:

### BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

Cost                    $113.00

A recap of compensation for this category is as follows:

|                    | Hours | Rate      | Amount      |
|--------------------|-------|-----------|-------------|
| A. Lasko           | 0.2   | $  270.00 | $    54.00  |
| C. Wilson, Staff   | 1.0   | 59.00     | 59.00       |
|                    | 1.2   |           | $   113.00  |

### YEAR-END WORK

The Applicant incurred 8.2 hours primarily in the preparation of the Estate's Federal and State income tax returns of the Debtor S Corporation for the final tax year 2012 and estimated time to prepare the Estate's final information tax returns.

Cost                    $1,138.00

A recap of compensation for this category is as follows:

|                              | Hours | Rate      | Amount       |
|------------------------------|-------|-----------|--------------|
| A. Lasko                     | 1.5   | $  270.00 | $    405.00  |
| L. Li, Accounting Supervisor | 2.4   | 180.00    | 432.00       |
| J. Lasko, Staff              | 4.3   | 70.00     | 301.00       |
|                              | 8.2   |           | $  1,138.00  |

4

## MISSION BAY SKI & BIKE, INC.

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $250 | - | $275 |
| Manager/Director | 220 | - | 250 |
| Supervisors | 160 | - | 220 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its fifth and final fee period are as follows:

| Recap by Project | First Interim Application | Second Interim Application | Third Interim Application |
|---|---|---|---|
| Billing | $    111.00 | $    111.00 | $    111.00 |
| Year-end Work | 3,781.00 | 1,419.70 | 901.10 |
| Respond to Tax Authorities | 496.50 | - | - |
| Amended Returns | 689.50 | - | - |
| Net Request | $  5,078.00 | $  1,530.70 | $  1,012.10 |

| Recap by Project | Fourth Interim Application | Fifth and Final Application | Total |
|---|---|---|---|
| Billing | $    113.00 | $    113.00 | $    559.00 |
| Year-end Work | 909.00 | 1,138.00 | 8,148.80 |
| Respond to Tax Authorities | - | - | 496.50 |
| Amended Returns | - | - | 689.50 |
| Net Request | $  1,022.00 | $  1,251.00 | $  9,893.80 |

5

## MISSION BAY SKI & BIKE, INC.

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 6.0 | $ 559.00 | $ 93.17 |
| Year-End Work | 60.8 | 8,148.80 | $ 134.03 |
| Respond to Tax Authorities | 2.4 | 496.50 | $ 206.88 |
| Amended Returns | 4.2 | 689.50 | $ 164.17 |
| | 73.4 | $ 9,893.80 | $ 134.79 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| Year-End Work | |
|---|---|
| Delivery | $ 8.00 |
| Copy Costs | 13.50 |
| | $ 21.50 |

The Applicant has been paid for its First, Second, Third and Fourth Interim Fee Applications as follows:

| | Compensation | Expenses |
|---|---|---|
| 08/05/09-11/13/09 | $ 5,078.00 | $ 46.55 |
| 11/14/09-02/25/10 | 1,530.70 | 16.90 |
| 02/26/10-03/23/11 | 1,012.10 | 16.70 |
| 03/24/11-02/08/12 | 1,022.00 | 17.50 |

## MISSION BAY SKI & BIKE, INC.

### ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and
>
> (E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

7

## MISSION BAY SKI & BIKE, INC.

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Fifth and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate.   ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this Fifth and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the Fifth and Final compensation sought herein for the Compensation Period is warranted.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate.   Therefore, the requested fifth and final

8

## MISSION BAY SKI & BIKE, INC.

compensation of $1,251.00 and expenses of $21.50 should be allowed for services by your

Applicant for the period February 9, 2012 through June 11, 2012.


Alan D. Lasko


Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois 60603
(312) 332-1302

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Mission Bay Ski & Bike, Inc.** | ) | **No. 07 B 20870** |
| | ) | |
| 36-3479819 | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | **Hon. A. Benjamin Goldgar** |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
           )       **SS.**
COUNTY OF COOK )

     I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.     I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Richard M. Fogel, Chapter 7 Trustee in this case ("Trustee").

2.     I have read the Fifth and Final Fee Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.     Lasko has previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4.     The Applicant has been paid for its First, Second, Third and Fourth Interim Fee Applications as follows:

| | Compensation | | Expenses |
|---|---|---|---|
| 08/05/09-11/13/09 | $ 5,078.00 | $ | 46.55 |
| 11/14/09-02/25/10 | 1,530.70 | | 16.90 |
| 02/26/10-03/23/11 | 1,012.10 | | 16.70 |
| 03/24/11-02/08/12 | 1,022.00 | | 17.50 |

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _____ day of June, 2012.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/10/16

**<u>EXHIBIT A</u>**

**<u>ORDER OF EMPLOYMENT</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MISSION BAY SKI & BIKE, INC., ET AL., | ) | Case No. 07 B 20870 |
| | ) | |
| Debtors. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |

## ORDER AUTHORIZING THE TRUSTEE TO RETAIN
## ALAN D. LASKO & ASSOCIATES, P.C. AS ACCOUNTANTS

This matter came on to be heard on the application (the "Application") of Richard M. Fogel, the Chapter 7 Trustee (the "Trustee") of the estate of Mission Bay Ski & Bike, Inc., for an order authorizing the retention of Alan D. Lasko and the firm of Alan D. Lasko & Associates, P.C. (collectively, "Lasko") as his accountants pursuant to 11 U.S.C. §§ 327 and 328; the Court having reviewed the Application and the affidavit of Lasko filed in connection with the Application; the Court having reviewed the Application and it appearing to the Court that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) Lasko does not hold or represent any interest adverse to the Estate in this case; and (d) notice of the Application given by the Trustee was sufficient under the circumstances; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1.     The Trustee is hereby authorized to employ and retain Lasko, as the accountants for the estate of Mission Bay Ski & Bike, Inc. upon the terms and for the purposes set forth in the Application.

[6892 ORD A0236902.DOC]

2.    Compensation to Lasko for accounting services rendered and reimbursement of expenses incurred in connection with this Chapter 7 case shall be awarded pursuant to application(s) submitted to and approved by this Court from time to time during the pendency of this Chapter 7 case pursuant to applicable provisions of the Bankruptcy Code.

Dated: ___ 5 AUG 2009 ___

ENTER: _____
UNITED STATES BANKRUPTCY JUDGE

ORDER PREPARED BY:

Richard M. Fogel (#312714)
Shaw Gussis Fishman Glantz
   Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

[6892 ORD A0236902.DOC]

**EXHIBIT B**

**PERSONNEL**

### MISSION BAY SKI & BIKE, INC.

The following represents a description of the primary individuals in this engagement.

<u>Alan D. Lasko – CPA, CIRA, CFF</u>

Mr. Lasko has worked primarily in the bankruptcy field over the last 26 years. He brings his 36 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

<u>Luyan Li, CPA, CVA, Ph.D. – Accounting/Valuation Supervisor</u>

Ms. Li has 6 years of valuation experience and 8 years of performing accounting and tax services. She has a B.A. from Xi An Jiao Tong University in China and a PhD in Communications Studies from Northwestern University in Evanston. She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society. She is also certified by the National Association of Valuation Analysts for her valuation certificate. In addition, she is a Certified QuickBooks ProAdvisor.

**MISSION BAY SKI & BIKE, INC.**

Joseph Lasko – Staff

Mr. Lasko is a first-year intern staff person performing accounting and tax services.  Mr. Lasko has a Bachelor's Degree in Marketing from the University of Iowa.

**<u>EXHIBIT C</u>**

**<u>STAFF LEVELS</u>**

## MISSION BAY SKI & BIKE, INC.

### STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**<u>EXHIBIT D</u>**

**<u>ACTUAL TIME FROM TIME SLIPS</u>**

**<u>EXHIBIT D-1</u>**

**<u>TAX PREPARATION – 2012</u>**

| 6/11/2012 | | Alan D. Lasko & Associates, P.C. | | | | |
|---|---|---|---|---|---|---|
| 2:49 PM | | Pre-bill Worksheet | | | Page | 1 |

---

## Selection Criteria

| Clie.Selection | Include: MissionBay Ski.002; MissionBay Ski.012 |
|---|---|

---

| Nickname | MissionBay Ski.002 | 3272 | | |
|---|---|---|---|---|
| Full Name | Mission Bay Ski & Bike, Inc. | | | |
| Address | c/o Richard M. Fogel, Trustee | | | |
| | 321 N. Clark St. | | | |
| | Suite 800 | | | |
| | Chicago IL 60654 | | | |
| Phone 1 | | Phone 2 | | |
| Phone 3 | | Phone 4 | | |
| In Ref To | tax prep | | | |
| Fees Arrg. | By billing value on each slip | | | |
| Expense Arrg. | By billing value on each slip | | | |
| Tax Profile | Exempt | | | |
| Last bill | 2/8/2012 | | | |
| Last charge | 6/10/2012 | | | |
| Last payment | 3/23/2012 | Amount | $926.50 | |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/4/2012 107892 | A. Lasko 800 | 270.00 | 0.40 | 108.00 | Billable |
| | received information from trustee and set up staff regarding final income tax return work | | | | |
| 6/4/2012 107893 | J. Lasko 800 | 70.00 | 2.90 | 203.00 | Billable |
| | preparation of workpapers and tax returns - final short year | | | | |
| 6/6/2012 107957 | L. Li 800 | 180.00 | 1.10 | 198.00 | Billable |
| | Review Mission Bay Ski & Bike workpapers | | | | |
| 6/6/2012 107958 | L. Li 800 | 180.00 | 0.90 | 162.00 | Billable |
| | Review Mission Bay Ski & Bike final tax return | | | | |
| 6/8/2012 107988 | A. Lasko 800 | 270.00 | 0.70 | 189.00 | Billable |
| | tax review of final S Corporation and prepared changes to shareholder basis schedules as part of final return review | | | | |
| 6/8/2012 107993 | A. Lasko 800 | 270.00 | 0.40 | 108.00 | Billable |
| | sign off of federal and state final returns - 2012 | | | | |

6/11/2012                        Alan D. Lasko & Associates, P.C.
2:49 PM                          Pre-bill Worksheet                              Page    2

MissionBay Ski.002:Mission Bay Ski & Bike, Inc. (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/10/2012 108021 | J. Lasko 800 | 70.00 | 1.40 | 98.00 | Billable |
| | Estimated time to prepare estate's final information tax returns and cover letter to trustee | | | | |
| 6/10/2012 108022 | L. Li 800 | 180.00 | 0.40 | 72.00 | Billable |
| | Estimated time to review estate's final information tax returns and cover letter to trustee | | | | |
| TOTAL | Billable Fees | | 8.20 | | $1,138.00 |

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 6/8/2012 108028 | C. Wilson 115 | 13.50 | 1.000 | 13.50 | Billable |
| | Photocopy costs for 2012 Forms 1120S income tax returns - 135 pages @ $.10 per page. | | | | |
| 6/8/2012 108029 | C. Wilson 116 | 8.00 | 1.000 | 8.00 | Billable |
| | Delivery of 2012 Forms 1120S income tax returns to Richard Fogel - confirmation #1220314787. | | | | |
| TOTAL | Billable Costs | | | | $21.50 |

---

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable time slips | $1,138.00 | |
| Total of Fees (Time Charges) | | $1,138.00 |
| Costs Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable expense slips | $21.50 | |
| Total of Costs (Expense Charges) | | $21.50 |

6/11/2012                              Alan D. Lasko & Associates, P.C.
2:49 PM                                    Pre-bill Worksheet                              Page      3

MissionBay Ski.002:Mission Bay Ski & Bike, Inc. (continued)

|  | Amount | Total |
|---|---|---|
| Total new charges | | $1,159.50 |
| | | |
| Previous Balance | | |
| 120 Days | $926.50 | |
| Total Previous Balance | | $926.50 |
| | | |
| Accounts Receivables | | |

| Date\|ID | Type | Description | | |
|---|---|---|---|---|
| 3/23/2012<br>12992 | PAY | Payment - thank you | ($926.50) | |
| Total Accounts Receivable | | | | ($926.50) |

| | Amount | Total |
|---|---|---|
| New Balance | | |
| Current | $1,159.50 | |
| | | |
| Total New Balance | | $1,159.50 |

**<u>EXHIBIT D-2</u>**

**<u>BILLING TIME</u>**

6/11/2012                                       Alan D. Lasko & Associates, P.C.
2:50 PM                                              Pre-bill Worksheet                              Page        4

Nickname          MissionBay Ski.012 | 3273
Full Name         Mission Bay Ski & Bike, Inc.
Address           c/o Richard M. Fogel, Trustee
                  321 N. Clark St.
                  Suite 800
                  Chicago IL 60654
Phone 1                                Phone 2
Phone 3                                Phone 4
In Ref To         fee petition
Fees Arrg.        By billing value on each slip
Expense Arrg.     By billing value on each slip
Tax Profile       Exempt
Last bill         2/8/2012
Last charge       6/11/2012
Last payment      3/23/2012              Amount        $113.00

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/11/2012 108030 | A. Lasko 800 | 270.00 | 0.20 | 54.00 | Billable |
| | Prepared fee petition | | | | |
| 6/11/2012 108031 | C. Wilson 800 | 59.00 | 1.00 | 59.00 | Billable |
| | Prepared fee petition. | | | | |
| TOTAL | Billable Fees | | 1.20 | | $113.00 |

Total of billable expense slips                                                          $0.00

---

### Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| **Fees Bill Arrangement: Slips** By billing value on each slip. | | |
| Total of billable time slips | $113.00 | |
| Total of Fees (Time Charges) | | $113.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $113.00 |
| Previous Balance 120 Days | $113.00 | |

6/11/2012                            Alan D. Lasko & Associates, P.C.
2:50 PM                                    Pre-bill Worksheet                              Page      5

MissionBay Ski.012:Mission Bay Ski & Bike, Inc. (continued)

|  | Amount | Total |
|---|---|---|
| Total Previous Balance | | $113.00 |

**Accounts Receivables**

| Date\|ID | Type | Description | | |
|---|---|---|---|---|
| 3/23/2012 12993 | PAY | Payment - thank you | ($113.00) | |
| Total Accounts Receivable | | | | ($113.00) |

**New Balance**

| | Amount | Total |
|---|---|---|
| Current | $113.00 | |
| Total New Balance | | $113.00 |