UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Case No. 07-20870 |
| | ) |
| MISSION BAY SKI & BIKE, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Debtor(s) | ) |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on July 25, 2012 in Courtroom 613**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  June 26, 2012             By:  /s/ Richard M. Fogel
                                                                  Trustee


RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: MISSION BAY SKI & BIKE, INC. | § | Case No. 07-20870 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 363,746.75 |
| *and approved disbursements of* | $ 143,424.29 |
| *leaving a balance on hand of* [1] | $ 220,322.46 |

**Balance on hand:** $ 220,322.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 220,322.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 21,437.34 | 0.00 | 21,437.34 |
| Trustee, Expenses - RICHARD M. FOGEL | 50.10 | 0.00 | 50.10 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 117,738.50 | 112,958.00 | 4,780.50 |
| Attorney for Trustee, Expenses - SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 4,994.79 | 4,841.19 | 153.60 |
| Accountant for Trustee, Fees - ALAN D. LASKO & ASSOCIATES, PC | 9,505.53 | 8,642.80 | 1,251.00 |
| Accountant for Trustee, Expenses - ALAN D. LASKO & ASSOCIATES | 119.15 | 97.65 | 21.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|   |   |   |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 27,694.04 |
| Remaining balance: | $ | 192,628.42 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Bruce Dopke | 167,132.00 | 0.00 | 76,917.45 |
| Attorney for D-I-P Expenses - Bruce Dopke | 1,298.20 | 0.00 | 597.46 |
| Other Expenses: Internal Revenue Service/Dept of Treasury | 500.00 | 0.00 | 230.11 |
| Attorney for Special Counsel Fees - Donald F. Engel | 105,970.50 | 0.00 | 48,769.72 |
| Attorney for Special Counsel Expenses - Donald F. Engel | 2,440.80 | 0.00 | 1,123.30 |
| Other Expenses: Top Deck Properties | 141,215.98 | 0.00 | 64,990.38 |

|   |   |   |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 192,628.42 |
| Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $17,727.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12P-2 | Illinois Department of Revenue | 7,580.84 | 0.00 | 0.00 |
| 13 -2 | Illinois Department of Revenue | 10,146.86 | 0.00 | 0.00 |

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 134,464.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quality Bicycle | 5,900.37 | 0.00 | 0.00 |
| 2 | Profile Design | 558.50 | 0.00 | 0.00 |
| 4 | Sports Street Marketing | 999.26 | 0.00 | 0.00 |
| 5 | FIA Card Services successor to | 8,938.41 | 0.00 | 0.00 |
| 6 | Internal Revenue Service/Dept. of Treasury | 473.14 | 0.00 | 0.00 |
| 7 | Yellow Book USA | 5,832.00 | 0.00 | 0.00 |
| 8 | Zipp/Compositech | 8,862.00 | 0.00 | 0.00 |
| 9 | United Parcel Service | 542.77 | 0.00 | 0.00 |
| 10 | Northwave Cycling Shoes | 1,827.58 | 0.00 | 0.00 |
| 11 | G&L Sunset Properties | 62,281.18 | 0.00 | 0.00 |
| 12U-2 | Illinois Department of Revenue | 60.26 | 0.00 | 0.00 |
| 14 | Bell Sports, Inc. | 4,275.99 | 0.00 | 0.00 |
| 16 | Windy City Publishing (7441) | 3,000.00 | 0.00 | 0.00 |
| 17 | Look Cycle USA | 870.55 | 0.00 | 0.00 |
| 19 | Sports Street Marketing | 290.97 | 0.00 | 0.00 |
| 21 | JB Importers | 5,688.18 | 0.00 | 0.00 |
| 22 | Blue Seventy Wetsuits | 22,189.35 | 0.00 | 0.00 |
| 23 | Pearl Izumi, USA Inc | 1,874.38 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $          0.00
Remaining balance:   $          0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                                 United States Bankruptcy Court
                                  Northern District of Illinois
In re:                                                                                  Case No. 07-20870-ABG
Mission Bay Ski & Bike, Inc.                                                            Chapter 7
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: acox                  Page 1 of 4                  Date Rcvd: Jun 29, 2012
                               Form ID: pdf006             Total Noticed: 87


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2012.
db           +Mission Bay Ski & Bike, Inc.,    1110 South Street,     Elgin, IL 60123-7239
aty          +Shaw Gussis Fishman Glantz Wolfson & Towbin,LLC,     321 N Clark St, Ste 800,
               Chicago, IL 60654-4766
11734132      AT&T Real Yellow Pages,    Dex,    8519 Innovation Way,     Chicago, IL 60682-0085
11734129     +Aaron A. Post,   2150 Common Ridings Way,     Inverness, IL 60010-5423
11734131     +American Bicycle Group,    P.O. Box 22666,    Chattanooga, TN 37422-2666
11734130      American Bicycle Group,    P.O. Box 402953,    Atlanta,    Atlanta, GA 30384-2953
11734134      Bell Sports, Inc.,    6225 North State Highway 300,     Suite 300,    Irving, TX 75038
11734133     +Bell Sports, Inc.,    3367 Paysphere Circle,    Chicago, IL 60674-0033
13728170     +Bike Mine,   1639 W Sheridan,    Oklahoma City OK 73106-3040
11734135     +Blue Seventy Wetsuits,    117 W. Denny Way,    Suite 215,    Seattle, WA 98119-4232
13728171     +Bugaboos Eyewear,    PMB #407,    4152 Meridian St., #105,     Bellingham WA 98226-5589
13728345     +CNA Insurance,    333 S Wabash,    Chicago IL 60604-4153
13728172     +CNA Insurance,    Agent: Caro Insurance,    16520 106th Ct,     Orland Park IL 60467-4547
11734136      Cervelo Cycles, Inc.,    171 East Liberty Street, #222,      Toronto, M6K3P-6000,    Canada
11734137     +Charles A. Dunlop,    Campion Curran Dunlop & Lamb, PC,      8600 US Hwy 14, Suite 201,
               Crystal Lake, IL 60012-2700
11734138     +Charles J. Motl, CPA & Associates,     89 West Main Street,     Suite 101,    Dundee, IL 60118-2053
11734139     +Dawid Remiasz,    5823 S. Austin,    Chicago, IL 60638-3527
11734141     +Dex -- Attn. Customer Care,     1615 Bluff City Hwy,    Bristol, TN 37620-6055
11734142     +Eurospek, Inc.,    P.O. Box 1473,    Champlain, NY 12919-1473
11734144     +FIA Card Services successor to,     Bank of America (USA) and MBN America Bk,    1000 Samoset Dr,
               DE5-023-03-03,    Newark DE 19713-6000
11734143     +Felt Racing,    12 Chrysler,    Irvine, CA 92618-2008
11734146     +First American Bank,    1650 Louis Avenue,    Elk Grove Village, IL 60007-2350
13728174     +Flood Brothers,    17 W 697 Butterfield Rd #E,    Oakbrook Terrace IL 60181-4042
11933470     +G&L Sunset Properties,    c/o R. Scott Alsterda,     Ungaretti & Harris, LLP,
               70 W. Madison, Suite 3500,     Chicago, IL 60602-4283,     312-977-4400
11734147     +Gerald P. Walsh,    Crowley & Lamb, PC,    350 N. LaSalle Street, suite 900,
               Chicago, IL 60654-5136
11734148      Guru Bicycle Corp.,    2460 Rue Michelin,    Laval, Quebec,     H7L 5C3 Canada
13728176     +Highway Two,    1909 Miller Dr,    Olney IL 62450-4744
11994912     ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,      Bankruptcy Administration Unit,
               100 W Randolph Street Level 7-410,     Chicago IL 60601-3274)
11734149     +Illinois Attorney General,     Revenue Litigation Division,     100 W. Randolph St., 13th Floor,
               Chicago, IL 60601-3397
11734150      Illinois Department of Revenue Bankruptcy Section,      P.O. Box 64338,    Chicago, IL 60664-0338
11734152     +Illinois Dept Employment Security,     Bankruptcy Unit -- 10th Floor,     33 S. State Street,
               Chicago, IL 60603-2808
11734155      JB Importers,    P.O. Box 161859,    Miami, FL 33116-1859
13728178     +Karhu North America,    200 Cummings Center 273-D,     Beverly MA 01915-6503
13728179      Lake-Phoenix Int’l,    80 Greenwood St,    Evanston IL 60201
13728180     +Louis Garneau,    1352 E Main St,    Pob 05855,    Newport VT 05855-9463
11734157     +Lukasz Remiasz,    5823 S. Austin,    Chicago, IL 60638-3527
11734158      Mavic, Inc.,    P.O. Box 3139,    Carol Stream, IL 60132-0001
11734159     +Mavic, Inc.,    17 Parkridge Road,    Haverhill, MA 01835-8511
11734160     +Merlin Acquisition, Inc.,     9308 Ooltewah Industrial Drive,     Ooltewah, TN 37363-8707
11734162      National City Credit Card,    P.O. Box 2349 #K-A 16-F5,     Kalamazoo, MI 49003-2349
11734161      National City Credit Card,    P.O. Box 856176,    Louisville, KY 40285-6176
11734163     +Northwave Cycling Shoes,    400 N. 34th Street,     Suite 203,    Seattle, WA 98103-8600
11734165      Oakley,    File 55716,   Los Angeles, CA 90074-5716
11734167     +Office of the US Attorney,    219 S. Dearborn Street,     5th Floor,    Chicago, IL 60604-2029
11734168      Pearl Izumi,   Dept 272,    Denver, CO 80271-0272
11734169     +Pearl Izumi, USA Inc,    1886 Prairie W,    Louisville, CO 80027-9600
11817345     +Peter D Sullivan, Esq.,    William J. Connelly, Esq.,     Hinshaw & Culbertson LLP,
               222 N LaSalle Street, Suite 300,     Chicago IL 60601-1081
11734170      Profile Design,   P.O. Box 80134,     City Of Industry, CA 91716-8134
11734172     +Quality Bicycle,    6400 W. 105th Street,    Minneapolis, MN 55438-2554
11734173     +Serfas,    29752 Avenida de las Banderas,    Rancho Santa Margarita, CA 92688-2615
11734174      Shimano American Corp.,    Shoe Division-Remit,     P.O. Box 513839,    Los Angeles, CA 90051-3839
11734175     +Shimano American Corp.,    One Holland,    Irvine, CA 92618-2597
13728182      Sports Multiplied,    7235 Faraday Ave Ste R,    Carlsbad CA 92008
11734176      Sports Street Marketing,    Dept 33561,    San Francisco, CA 94139-0001
11734177     +Sports Street Marketing,    1204 10th Street,    Berkeley, CA 94710-1509
13728181     +Sprot Specifics,    168 Solon Rd,    Chagrin Falls, OH 44022-3161
11734178      Sugoi Performance Apparel,    144 E. 7th Avenue,     Vancouver, British Columbia,     Canada V5T 1M6
11734180     +Top Deck Properties,    209 S. Arlington Heights Road,     Arlington Heights, IL 60005-1928
11734181      Trek Bicycle Corp,    Lockbox #21957,    Network Place,    Chicago, IL 60673-1219
11734182     +Troy J. Crady,    2426 Thomas Street,    Chicago, IL 60622-3531
13728342     +Tyr Sport Inc,    15391 Springdale St,    Pob 1930,    Huntington Beach CA 92647-1930
11734185      US Attorney General,    950 Pennsylvania Avenue, NW,     Washington, DC 20530-0001
11734186     +US Multisport Publications,    5317 S. Lake Drive,     P.O. Box 100376,    Cudahy, WI 53110-6106
```

```
District/off: 0752-1          User: acox                  Page 2 of 4                   Date Rcvd: Jun 29, 2012
                              Form ID: pdf006             Total Noticed: 87

11893628      +United Parcel Service,    c/o RMS Bankruptcy Recovery Services,    Pob 4396,
                Timonium MD 21094-4396
11734183       United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0577
11734184       United Parcel Service,    P.O. Box 650580,    Dallas, TX 75265-0580
11734187      +Valerie J. Gervais,    110 Grace Lane,    Fox River Grove, IL 60021-1404
13728343      +Village of Arlington Heights,    Water Dept,    33 S Arlington Heights Rd,
                Arlington Heights, IL 60005-1403
11734188       Westfield Insurance,    P.O. Box 9001566,    Louisville, KY 40290-1566
11734189      +Westfield Insurance,    One Park Circle,    P.O. Box 5001,    Westfield Center, OH 44251-5001
11734190       William W. Linnemann,    110 Grace Lane,    Fox River Grove, IL 60021-1404
11885817      +William W. Linnemann and,    Valerie J. Gervais,    110 Grace Lane,    Fox River, IL 60021-1404
13912826      +William W. Linnemann and Valerie J. Gervais,    Attn: Tina B. Solis,    Ungaretti & Harris LLP,
                70 West Madison Street Suite 3500,    Chicago IL 60602-4283
12977948      +Windy City Publishing (7441),    c/o Szabo Associates, Inc.,    3355 Lenox Road NE, 9th Floor,
                Atlanta, GA 30326-1395
11734191      +Windy City Sports,    Windy city Publishing, Inc.,    1450 W. Randolph Street,
                Chicago, IL 60607-1421
11734194      +Yellow Book USA,    c/o RMS Bankruptcy Recovery Services,    Pob 5126,    Timonium MD 21094-5126
11734196       Zipp/Compositech,    1180 N. Main Street,    Suite A,    Indianapolis, IN 46224-6942
11734197       Zoot Sports,    2880 Scott Street,    Suite 101,    Indianapolis, IN 46224-6942
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13728175      +E-mail/Text: elenasmith@giantbicycle.com Jun 30 2012 00:26:06     Giant Bicycle,
                3587 Old Conejo Rd,    Newbury park CA 91320-2122
13453535       E-mail/Text: cio.bncmail@irs.gov Jun 30 2012 00:23:42      Department of Treasury,
                Internal Revenue Service,    Centralized Insolvency Operations,    PO Box 21126,
                Philadelphia PA 19114
11734140       E-mail/Text: cio.bncmail@irs.gov Jun 30 2012 00:23:42      Internal Revenue,
                Department of Treasury,    Centralized Insolvency Operations,    Stop N781,    P.O. Box 21126,
                Philadelphia, PA 19114
11734153      +E-mail/Text: cio.bncmail@irs.gov Jun 30 2012 00:23:43      Internal Revenue Service,
                200 W. Adams,    Chicago, IL 60606-5218
11734156      +E-mail/Text: nramirez@lookcycle-usa.com Jun 30 2012 00:26:04     Look Cycle USA,
                6300 San Ignacio Ave,    Suite G,    San Jose, CA 95119-1213
11734166      +E-mail/Text: sruland@oakley.com Jun 30 2012 00:25:53     Oakley,    Oakley Sales Corp.,    One Icon,
                Foothill Ranch, CA 92610-3000
11734171      +E-mail/Text: elai@gallopcorp.com Jun 30 2012 00:26:35     Profile Design,    2677 El Presido,
                Long Beach, CA 90810-1116
11734192      +Fax: 971-249-7740 Jun 30 2012 00:39:45      Yakima Products,    13078 Collection Drive,    #13078,
                Chicago, IL 60693-0001
11734193       Fax: 971-249-7740 Jun 30 2012 00:39:45      Yakima Products,    15025 SW Koll Parkway,
                Beaverton, OR 97006-6056
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13728173       EFTPS-FUTA For 940,    Internal Revenue Service
13728177       IDES/Director of Employment Security
13728346       Kolnicki Peterson Wirth,    1400 Opus Place Ste 100
13728344       Mission Bay Multisports
11734151*      Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
11771029*      Quality Bicycle,    6400 W 105th Street,    Minneapolis, MN 55438-2554
11734145      ##FIA Card Services,    P.O. Box 15184,    Wilmington, DE 19850-5184
11734154      ##JB Importers,    P.O. Box 930849,    Atlanta, GA 31193-0849
11734164     ##+Nuun & Company,    P.O. Box 31080,    Seattle, WA 98103-1080
11734179      ##Sugoi Performance Apperel,    P.O. Box 2482,    Blaine, WA 98231-2482
11734195     ##+Yellow Book USA,    2560 Renaissance Blvd,    King Of Prussia, PA 19406-2673
                                                                                         TOTALS: 4, * 2, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: acox              Page 3 of 4           Date Rcvd: Jun 29, 2012
                              Form ID: pdf006         Total Noticed: 87
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2012**                          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: acox                  Page 4 of 4                  Date Rcvd: Jun 29, 2012
                               Form ID: pdf006             Total Noticed: 87
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2012 at the address(es) listed below:

```
              Amy J Pikarsky    on behalf of Defendant Bert Zaczek amy@bzlegal.net
              Bert J. Zaczek    on behalf of Defendant Bert Zaczek bert@bzlegal.net
              Brian L Shaw    on behalf of Plaintiff Richard Fogel bshaw100@shawgussis.com,
               bharrington@shawgussis.com
              Bruce  Dopke    on behalf of Attorney Bruce Dopke bruce@dopkelaw.com
              Carl E Metz    on behalf of Creditor   First American Bank cmetz@falkmetz.com,
               nsteponik@falkmetz.com
              Daniel E O'Brien    on behalf of Counter-Claimant Anna Testone pat@burkeobrienlaw.com
              Donald F Engel    on behalf of Counter-Claimant Aaron Post chicagolaw@uscounsel.com,
               lea@uscounsel.com
              Edwin E Brooks    on behalf of Defendant  First American Bank ebrooks@mcguirewoods.com,
               dklebek@mcguirewoods.com
              Jamie A. Robinson    on behalf of Counter-Defendant Valerie Gervais jarobinson@uhlaw.com,
               tbsolis@uhlaw.com
              Jessica M Scheller    on behalf of Plaintiff Richard Fogel jscheller@shawgussis.com,
               kdevries@shawgussis.com
              John S Biallas    on behalf of Counter-Claimant Aaron Post jsb70@comcast.net
              Michael M Schmahl    on behalf of Defendant   First American Bank mschmahl@mcguirewoods.com,
               docket@mcguirewoods.com;cgunderson@mcguirewoods.com
              Nancy  Carlson    on behalf of Defendant Nancy Carlson nancyleecarlson@msn.com
              Patrick F Ross    on behalf of Counter-Defendant Valerie Gervais pfross@uhlaw.com,
               kburde@uhlaw.com;rjanczak@uhlaw.com;TEFiester@uhlaw.com;KAMcLoud@uhlaw.com;keedeus@uhlaw.com;sgfe
               ibus@uhlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda    on behalf of Creditor   G&L Sunset Properties rsalsterda@uhlaw.com
              Richard M Fogel     rfogel@shawgussis.com,    IL72@ecfcbis.com
              Richard M Fogel    on behalf of Trustee Richard Fogel rfogel@shawgussis.com
              Ronald  Peterson    on behalf of Defendant Nancy Carlson rpeterson@jenner.com,  lraiford@jenner.com
              Vipin R Gandra    on behalf of Trustee Richard Fogel vipingandra@yahoo.com
              William J Connelly    on behalf of Interested Party   Campion, Curran, Dunlop & Lamb, PC
               wconnelly@hinshawlaw.com
                                                                                             TOTAL: 21
```