**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: MISSION BAY SKI & BIKE, INC.        § Case No. 07-20870
                                           §
                                           §
Debtor(s)                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,025,155.23 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $239,879.96 |
| Total Expenses of Administration: $363,746.75 | |

3) Total gross receipts of $ 363,746.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $363,746.75 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 170,730.06 | 170,730.06 | 171,118.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 452,711.32 | 418,557.48 | 192,628.42 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,087.63 | 17,727.70 | 17,727.70 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 147,872.52 | 146,756.27 | 134,464.89 | 0.00 |
| **TOTAL DISBURSEMENTS** | $153,960.15 | $787,925.35 | $741,480.13 | $363,746.75 |

4) This case was originally filed under Chapter 7 on November 07, 2007. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/27/2012          By: /s/RICHARD M. FOGEL
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Petty cash | 1129-000 | 311.40 |
| Bank account- First American Bank | 1129-000 | 7,886.68 |
| Bank account- Merchant Bank | 1129-000 | 939.01 |
| Accounts receivable | 1121-000 | 3,000.00 |
| Claim against former shareholders- Embezzlement | 1141-000 | 87,500.00 |
| Claim against lender | 1141-000 | 154,574.00 |
| Computer equipment | 1129-000 | 100.00 |
| Fixtures | 1129-000 | 100.00 |
| Inventory | 1129-000 | 15,800.00 |
| Refunds | 1229-000 | 317.49 |
| Bank accounts- First Community Bank | 1229-000 | 7,901.99 |
| Claim against former attorney- Fraud | 1241-000 | 84,650.00 |
| Automobiles and other vehicles- GMC Yukon | 1229-000 | 500.00 |
| Interest Income | 1270-000 | 166.18 |
| **TOTAL GROSS RECEIPTS** | | **$363,746.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 –SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 21,437.34 | 21,437.34 | 21,437.34 |
| RICHARD M. FOGEL | 2200-000 | N/A | 50.10 | 50.10 | 50.10 |
| SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 3110-000 | N/A | 117,738.50 | 117,738.50 | 117,738.50 |
| SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 3120-000 | N/A | 4,994.79 | 4,994.79 | 4,994.79 |
| ALAN D. LASKO & ASSOCIATES, PC | 3410-000 | N/A | 9,505.53 | 9,505.53 | 9,893.80 |
| ALAN D. LASKO & ASSOCIATES | 3420-000 | N/A | 119.15 | 119.15 | 119.15 |
| ARLINGTON SECURITY CO. | 2420-000 | N/A | 150.00 | 150.00 | 150.00 |
| Top Deck Properties | 2410-000 | N/A | 8,449.89 | 8,449.89 | 8,449.89 |
| Barry Hurwitz | 2500-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Landmark Legal Solutions | 2200-000 | N/A | 87.20 | 87.20 | 87.20 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 19.29 | 19.29 | 19.29 |
| ROMAY CORPORATION | 2990-000 | N/A | 243.00 | 243.00 | 243.00 |
| SHAW GUSSIS FISHMAN GLANTZ | 2200-000 | N/A | 4.80 | 4.80 | 4.80 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 154.06 | 154.06 | 154.06 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 176.70 | 176.70 | 176.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 505.13 | 505.13 | 505.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 605.83 | 605.83 | 605.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 561.81 | 561.81 | 561.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 547.88 | 547.88 | 547.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 603.43 | 603.43 | 603.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 564.41 | 564.41 | 564.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 599.27 | 599.27 | 599.27 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 232.95 | 232.95 | 232.95 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 541.57 | 541.57 | 541.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 438.14 | 438.14 | 438.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 304.00 | 304.00 | 304.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 345.29 | 345.29 | 345.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $170,730.06 | $170,730.06 | $171,118.33 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bruce Dopke | 6210-160 | N/A | 167,132.00 | 167,132.00 | 76,917.45 |
| Bruce Dopke | 6220-170 | N/A | 1,346.62 | 1,298.20 | 597.46 |
| Donald F. Engel | 6210-600 | N/A | 127,752.00 | 105,970.50 | 48,769.72 |
| Donald F. Engel | 6220-610 | N/A | 2,774.80 | 2,440.80 | 1,123.30 |
| Top Deck Properties | 6920-000 | N/A | 153,205.90 | 141,215.98 | 64,990.38 |
| Internal Revenue Service/Dept of Treasury | 6810-000 | N/A | 500.00 | 500.00 | 230.11 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $452,711.32 | $418,557.48 | $192,628.42 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12P-2 | Illinois Department of Revenue | 5800-000 | 6,073.00 | 7,580.84 | 7,580.84 | 0.00 |
| 13 -2 | Illinois Department of Revenue | 5800-000 | N/A | 10,146.86 | 10,146.86 | 0.00 |
| NOTFILED | Illinois Dept Employment Security | 5200-000 | 14.63 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,087.63 | $17,727.70 | $17,727.70 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quality Bicycle | 7100-000 | 5,900.37 | 5,900.37 | 5,900.37 | 0.00 |
| 2 | Profile Design | 7100-000 | 558.50 | 558.50 | 558.50 | 0.00 |
| 3 | JB Importers | 7100-000 | N/A | 5,831.56 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Sports Street Marketing | 7100-000 | 774.26 | 999.26 | 999.26 | 0.00 |
| 5 | FIA Card Services successor to | 7100-000 | 6,614.22 | 8,938.41 | 8,938.41 | 0.00 |
| 6 | Internal Revenue Service/Dept. of Treasury | 7100-000 | 2,092.06 | 473.14 | 473.14 | 0.00 |
| 7 | Yellow Book USA | 7100-000 | 2,675.00 | 5,832.00 | 5,832.00 | 0.00 |
| 8 | Zipp/Compositech | 7100-000 | 7,670.60 | 8,862.00 | 8,862.00 | 0.00 |
| 9 | United Parcel Service | 7100-000 | 654.05 | 542.77 | 542.77 | 0.00 |
| 10 | Northwave Cycling Shoes | 7100-000 | 1,783.62 | 1,827.58 | 1,827.58 | 0.00 |
| 11 | G&L Sunset Properties | 7100-000 | N/A | 62,281.18 | 62,281.18 | 0.00 |
| 12U-2 | Illinois Department of Revenue | 7100-000 | 249.14 | 60.26 | 60.26 | 0.00 |
| 14 | Bell Sports, Inc. | 7100-000 | 4,304.79 | 4,275.99 | 4,275.99 | 0.00 |
| 16 | Windy City Publishing (7441) | 7100-000 | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 17 | Look Cycle USA | 7100-000 | 4,071.09 | 870.55 | 870.55 | 0.00 |
| 18 | Quality Bicycle | 7100-000 | N/A | 5,986.68 | 0.00 | 0.00 |
| 19 | Sports Street Marketing | 7100-000 | N/A | 290.97 | 290.97 | 0.00 |
| 20 | Internal Revenue | 7100-000 | N/A | 473.14 | 0.00 | 0.00 |
| 21 | JB Importers | 7100-000 | 5,666.10 | 5,688.18 | 5,688.18 | 0.00 |
| 22 | Blue Seventy Wetsuits | 7100-000 | 12,351.50 | 22,189.35 | 22,189.35 | 0.00 |
| 23 | Pearl Izumi, USA Inc | 7100-000 | 1,834.48 | 1,874.38 | 1,874.38 | 0.00 |
| 24 -2 | William W. Linnemann and Valerie J. Gervais | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Charles J. Motl, CPA & Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Charles A. Dunlop Campion Curran Dunlop & Lamb, PC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Bicycle Group | 7100-000 | 10,107.69 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Real Yellow Pages Dex | 7100-000 | 14,621.85 | N/A | N/A | 0.00 |
| NOTFILED | Cervelo Cycles, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Eurospek, Inc. | 7100-000 | 959.99 | N/A | N/A | 0.00 |
| NOTFILED | Sugoi Performance Apparel | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Shimano American Corp. Shoe Division-Remit | 7100-000 | 15,070.03 | N/A | N/A | 0.00 |
| NOTFILED | US Multisport Publications | 7100-000 | 185.50 | N/A | N/A | 0.00 |
| NOTFILED | Trek Bicycle Corp | 7100-000 | 24,050.01 | N/A | N/A | 0.00 |
| NOTFILED | Serfas | 7100-000 | 1,161.00 | N/A | N/A | 0.00 |
| NOTFILED | Westfield Insurance | 7100-000 | 715.58 | N/A | N/A | 0.00 |
| NOTFILED | Oakley | 7100-000 | 376.71 | N/A | N/A | 0.00 |
| NOTFILED | Mavic, Inc. | 7100-000 | 1,024.91 | N/A | N/A | 0.00 |
| NOTFILED | Guru Bicycle Corp. | 7100-000 | 219.48 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | National City Credit Card | 7100-000 | 6,458.01 | N/A | N/A | 0.00 |
| NOTFILED | Merlin Acquisition, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Felt Racing | 7100-000 | 6,575.59 | N/A | N/A | 0.00 |
| NOTFILED | Nuun & Company | 7100-000 | 623.28 | N/A | N/A | 0.00 |
| NOTFILED | Yakima Products | 7100-000 | 103.11 | N/A | N/A | 0.00 |
| NOTFILED | Zoot Sports | 7100-000 | 5,420.00 | N/A | N/A | 0.00 |
| NOTFILED | William W. Linnemann | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$147,872.52** | **$146,756.27** | **$134,464.89** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-20870  
**Case Name:** MISSION BAY SKI & BIKE, INC.  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/08/08 (c)  
**§341(a) Meeting Date:** 01/22/09  

**Period Ending:** 08/27/12  

**Claims Bar Date:** 05/13/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Claim against former shareholders- real estate (See Footnote) | Unknown | Unknown | | 0.00 | Unknown |
| 2 | Petty cash | 100.00 | 180.00 | | 311.40 | FA |
| 3 | Bank account- First American Bank | 250.00 | 7,886.68 | | 7,886.68 | FA |
| 4 | Bank account- Merchant Bank (See Footnote) | Unknown | 0.00 | | 939.01 | FA |
| 5 | Security deposit- Elgin (See Footnote) | 5,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Security deposit- Arlington Heights (See Footnote) | 7,655.23 | 0.00 | DA | 0.00 | FA |
| 7 | Interests insurance policies (See Footnote) | Unknown | Unknown | DA | 0.00 | FA |
| 8 | Collateral Account-First American Bank (See Footnote) | 1,000,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Accounts receivable | 149.93 | 3,000.00 | | 3,000.00 | FA |
| 10 | Claim against former shareholders- Embezzlement (See Footnote) | 100,000.00 | Unknown | | 87,500.00 | FA |
| 11 | Claim against lender (See Footnote) | Unknown | 150,000.00 | | 154,574.00 | FA |
| 12 | Claim against former attorney- Malpractice (See Footnote) | Unknown | Unknown | OA | 0.00 | Unknown |
| 13 | Claim against G&L Properties (See Footnote) | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Computer equipment (See Footnote) | 2,891.81 | Unknown | | 100.00 | FA |
| 15 | Fixtures (See Footnote) | 3,827.62 | Unknown | | 100.00 | FA |
| 16 | Inventory (See Footnote) | 54,000.00 | Unknown | | 15,800.00 | FA |
| 17 | Website | Unknown | 0.00 | DA | 0.00 | FA |
| 18 | Leasehold- Elgin (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 19 | Leasehold- Arlington Heights (See Footnote) | Unknown | 0.00 | OA | 0.00 | FA |
| 20 | Claim against Mission Bay Multisports (See Footnote) | Unknown | Unknown | DA | 0.00 | FA |
| 21 | Refunds (u) (See Footnote) | 0.00 | Unknown | | 317.49 | FA |
| 22 | Bank accounts- First Community Bank (u) (See Footnote) | 0.00 | 8,000.00 | | 7,901.99 | FA |
| 23 | Claim against former attorney- Fraud (u) (See Footnote) | 0.00 | 175,000.00 | | 84,650.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-20870  
**Case Name:** MISSION BAY SKI & BIKE, INC.  

**Trustee:** (330720)   RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 12/08/08 (c)  
**§341(a) Meeting Date:** 01/22/09  

**Period Ending:** 08/27/12  

**Claims Bar Date:** 05/13/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 24 | Automobiles and other vehicles- GMC Yukon  (u) (See Footnote) | 0.00 | 500.00 | | 500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 166.18 | FA |
| 25 | **Assets**   **Totals** (Excluding unknown values) | **$1,186,374.59** | **$344,566.68** | | **$363,746.75** | **$0.00** |

| | | |
|---|---|---|
| RE PROP# 1 | See #10 | |
| RE PROP# 4 | Subject to setoff | |
| RE PROP# 5 | Subject to setoff | |
| RE PROP# 6 | Subject to setoff | |
| RE PROP# 7 | No cash value | |
| RE PROP# 8 | Subject to setoff.  See #11 | |
| RE PROP# 10 | Settled per o/c 3-10-10 for cash payment and 10% share of recovery in pending legal malpractice action.  Malpractice action settled for $675,000 04/12. | |
| RE PROP# 11 | Settled per o/c 11-9-09 | |
| RE PROP# 12 | Abandoned per o/c 1-28-09 | |
| RE PROP# 13 | Subject to setoff | |
| RE PROP# 14 | Sold at auction 12-30-08 per order dated 12-15-08 | |
| RE PROP# 15 | Sold at public auction on 12-30-08 per order dated 12-15-08 | |
| RE PROP# 16 | Sold at public auction on 12-30-08 per order dated 12-30-08 | |
| RE PROP# 18 | Rejected by order dated 12-10-07 | |
| RE PROP# 19 | Rejected per order dated 12-08-08 | |
| RE PROP# 20 | Offset by Multisports' claim against estate | |
| RE PROP# 21 | Recovered via mail forwarding order | |
| RE PROP# 22 | Disclosed by Val Gervais | |
| RE PROP# 23 | Per settlement orders 3/10/10 (Torchalski), 6/16/10 (Zaczek) and 10/13/10 (Carlson) | |
| RE PROP# 24 | Sale approved 3-10-10 | |

**Major Activities Affecting Case Closing:**

Monitoring legal malpractice action- estate entitled to receive portion of recovery per settlement agreement with Gervais and Linneman.  Case currently in mediation.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010     **Current Projected Date Of Final Report (TFR):**   June 25, 2012  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-20870 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MISSION BAY SKI & BIKE, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****35-65 - Money Market Account |
| Taxpayer ID #: | **-***9819 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/27/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/10/08 | {3} | FIRST AMERICAN BANK | Balance on deposit | 1129-000 | 7,886.68 | | 7,886.68 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 7,886.95 |
| 01/05/09 | {4} | FIRST AMERICAN BANK | Balance on deposit | 1129-000 | 939.01 | | 8,825.96 |
| 01/05/09 | {2} | RICHARD M. FOGEL | Petty cash on premises~(176.00 in bills and $9.40 in coin) | 1129-000 | 185.40 | | 9,011.36 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,011.71 |
| 02/03/09 | {21} | COMMONWEALTH EDISON | Refund of utility deposit - 213 S. Arlington Hts Rd., Arlington Heights, IL | 1229-000 | 317.49 | | 9,329.20 |
| 02/10/09 | {2} | RICHARD FOGEL | Petty cash (FROM LINDA POST AT 341) | 1129-000 | 126.00 | | 9,455.20 |
| 02/16/09 | | To Account #********3566 | Photocopies | 9999-000 | | 87.20 | 9,368.00 |
| 02/20/09 | {22} | FIRST COMMUNITY BANK | Balance on deposit | 1229-000 | 3,555.96 | | 12,923.96 |
| 02/20/09 | {22} | FIRST COMMUNITY BANK | Balance on deposit | 1229-000 | 4,346.03 | | 17,269.99 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 17,270.38 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 17,271.13 |
| 04/01/09 | | To Account #********3566 | Bond Premium | 9999-000 | | 19.29 | 17,251.84 |
| 04/13/09 | | To Account #********3566 | Court reporter | 9999-000 | | 243.00 | 17,008.84 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,009.53 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 17,010.20 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 17,010.94 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 17,011.65 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 17,012.36 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,013.05 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,013.74 |
| 11/24/09 | {11} | FIRST AMERICAN BANK | Settlement of counts I, II, IX and XI of fraudulent transfer litigation per o/c 11-9-09 | 1141-000 | 154,574.00 | | 171,587.74 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 171,588.66 |
| 12/03/09 | | To Account #********3566 | Account Transfer | 9999-000 | | 4.80 | 171,583.86 |
| 12/14/09 | | To Account #********3566 | Account Transfer | 9999-000 | | 5,124.55 | 166,459.31 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.10 | | 166,466.41 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.56 | | 166,472.97 |
| 02/10/10 | | To Account #********3566 | Account Transfer | 9999-000 | | 154.06 | 166,318.91 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.33 | | 166,325.24 |
| 03/18/10 | {10} | WILLIAM LINNEMANN & VALERIE GERVAIS | Partial settlement of adversary complaint, per o/c 3-10-10 | 1141-000 | 20,000.00 | | 186,325.24 |
| 03/18/10 | {24} | WILLIAM LINNEMANN & VALERIE GERVAIS | Sale of vehicle, per o/c 3-10-10 | 1229-000 | 500.00 | | 186,825.24 |
| 03/19/10 | | From Account #********3566 | Account Transfer- proceeds transferred to | 9999-000 | 8,655.39 | | 195,480.63 |

Subtotals :   $201,113.53   $5,632.90

{} Asset reference(s)

Printed: 08/27/2012 03:03 PM   V.13.03

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-20870  
**Case Name:** MISSION BAY SKI & BIKE, INC.  

**Taxpayer ID #:** **-***9819  
**Period Ending:** 08/27/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****35-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | wrong acct. | | | | |
| 03/23/10 | {23} | ZUKOWSKI ROGERS FLOOD & MCARDLE | Partial settlement of adversary complaint, per o/c 3-10-10 | 1241-000 | 1,500.00 | | 196,980.63 |
| 03/31/10 | {23} | MICHAEL J. TORCHALSKI | Partial settlement of adversary complaint per o/c 3-10-10 | 1241-000 | 650.00 | | 197,630.63 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.91 | | 197,638.54 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.34 | | 197,639.88 |
| 04/06/10 | | Wire out to BNYM account 9200******3565 | Wire out to BNYM account 9200******3565 | 9999-000 | -197,639.88 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,632.90 | 5,632.90 | $0.00 |
| | | | Less: Bank Transfers | | -188,984.49 | 5,632.90 | |
| | | | **Subtotal** | | 194,617.39 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$194,617.39** | **$0.00** | |

{} Asset reference(s)

Printed: 08/27/2012 03:03 PM    V.13.03

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-20870  
**Case Name:** MISSION BAY SKI & BIKE, INC.  
**Taxpayer ID #:** **-***9819  
**Period Ending:** 08/27/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****35-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/08/09 | | From Account #********3567 | Post-petition utilities | 9999-000 | 150.00 | | 150.00 |
| 01/12/09 | 101 | ARLINGTON SECURITY CO. | ALARM SYSTEM & MONITORING FEE | 2420-000 | | 150.00 | 0.00 |
| 01/13/09 | {9} | AARON B. KARLOW | Layaway sale | 1121-000 | 3,000.00 | | 3,000.00 |
| 01/13/09 | {9} | AARON B. KARLOW | Reversed Deposit 100001 1 Layaway sale | 1121-000 | -3,000.00 | | 0.00 |
| 01/14/09 | {9} | AARON B. KARLOW | Reversed Deposit Rev. 1  Reversed Deposit 100001 1 Layaway sale | 1121-000 | 3,000.00 | | 3,000.00 |
| 01/14/09 | {9} | AARON B. KARLOW | Reversed Deposit Adj. 2  Reversed Deposit Rev. 1  Reversed Deposit 100001 1 Layaway sale | 1121-000 | -3,000.00 | | 0.00 |
| 01/23/09 | | From Account #********3567 | Administrative expenses | 9999-000 | 10,199.89 | | 10,199.89 |
| 01/23/09 | 102 | Top Deck Properties | Post-petition use and occupancy per o/c 1-21-09 | 2410-000 | | 8,449.89 | 1,750.00 |
| 01/23/09 | 103 | Barry Hurwitz | Chapter 7 administrative claim per o/c 1-21-09 | 2500-000 | | 1,750.00 | 0.00 |
| 02/16/09 | | From Account #********3565 | Photocopies | 9999-000 | 87.20 | | 87.20 |
| 02/18/09 | 104 | Landmark Legal Solutions | Photocopies of First American Bank documents- Inv #2094-09 | 2200-000 | | 87.20 | 0.00 |
| 04/01/09 | | From Account #********3565 | Bond Premium | 9999-000 | 19.29 | | 19.29 |
| 04/02/09 | 105 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 19.29 | 0.00 |
| 04/13/09 | | From Account #********3565 | Court reporter | 9999-000 | 243.00 | | 243.00 |
| 04/15/09 | 106 | ROMAY CORPORATION | COURT REPORT/TRANSCRIPT - 341 MEETING | 2990-000 | | 243.00 | 0.00 |
| 12/03/09 | | From Account #********3565 | Account Transfer | 9999-000 | 4.80 | | 4.80 |
| 12/04/09 | 107 | SHAW GUSSIS FISHMAN GLANTZ | Reimburse petty cash for postage due | 2200-000 | | 4.80 | 0.00 |
| 12/14/09 | | From Account #********3565 | Account Transfer | 9999-000 | 5,124.55 | | 5,124.55 |
| 12/17/09 | 108 | ALAN D. LASKO & ASSOCIATES, P.C. | Accountants fees and expenses | | | 5,124.55 | 0.00 |
| | | | Accountants fees         5,078.00 | 3410-000 | | | 0.00 |
| | | | Accountants expenses       46.55 | 3420-000 | | | 0.00 |
| 02/10/10 | | From Account #********3565 | Account Transfer | 9999-000 | 154.06 | | 154.06 |
| 02/11/10 | 109 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 154.06 | 0.00 |
| 03/18/10 | | From Account #********3567 | Account Transfer to main MMA per o/c 3-10-10 | 9999-000 | 8,655.39 | | 8,655.39 |
| 03/19/10 | | To Account #********3565 | Account Transfer- proceeds transferred to wrong acct. | 9999-000 | | 8,655.39 | 0.00 |

Subtotals :        $24,638.18        $24,638.18

{} Asset reference(s)                                    Printed: 08/27/2012 03:03 PM    V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 07-20870 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MISSION BAY SKI & BIKE, INC. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****35-66 - Checking Account |
| **Taxpayer ID #:** | **-***9819 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 08/27/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 24,638.18 | 24,638.18 | $0.00 |
| | | | Less: Bank Transfers | | 24,638.18 | 8,655.39 | |
| | | | **Subtotal** | | **0.00** | **15,982.79** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$15,982.79** | |

{} Asset reference(s)

Printed: 08/27/2012 03:03 PM    V.13.03

Exhibit 9

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 07-20870  
**Case Name:** MISSION BAY SKI & BIKE, INC.  
**Taxpayer ID #:** **-***9819  
**Period Ending:** 08/27/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****35-67 - MMA-Proceeds of sale  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/30/08 | | WILLIAM W. LINNEMANN & VALERIE GERVAIS | Proceeds of auction sale | | 16,000.00 | | 16,000.00 |
| | {14} | | | | 100.00 | 1129-000 | 16,000.00 |
| | {15} | | | | 100.00 | 1129-000 | 16,000.00 |
| | {16} | | | | 15,800.00 | 1129-000 | 16,000.00 |
| 01/08/09 | | To Account #********3566 | Post-petition utilities | 9999-000 | | 150.00 | 15,850.00 |
| 01/13/09 | {9} | AARON B. KARLOW | Layaway sale | 1121-000 | 3,000.00 | | 18,850.00 |
| 01/23/09 | | To Account #********3566 | Administrative expenses | 9999-000 | | 10,199.89 | 8,650.11 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.51 | | 8,650.62 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 8,650.94 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 8,651.31 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,651.66 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,652.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 8,652.37 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 8,652.73 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 8,653.09 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,653.44 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 8,653.79 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 8,654.15 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 8,654.51 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,654.85 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 8,655.17 |
| 03/18/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.22 | | 8,655.39 |
| 03/18/10 | | To Account #********3566 | Account Transfer to main MMA per o/c 3-10-10 | 9999-000 | | 8,655.39 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,005.28 | 19,005.28 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 19,005.28 | |
| | | | **Subtotal** | | 19,005.28 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,005.28** | **$0.00** | |

{} Asset reference(s)

Printed: 08/27/2012 03:03 PM  V.13.03

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 07-20870
**Case Name:** MISSION BAY SKI & BIKE, INC.

**Taxpayer ID #:** **-***9819
**Period Ending:** 08/27/12

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******35-65 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 |  | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | 9999-000 | 197,639.88 |  | 197,639.88 |
| 04/23/10 |  | To Account #9200******3566 | Account Transfer | 9999-000 |  | 1,547.60 | 196,092.28 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 9.45 |  | 196,101.73 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 11.66 |  | 196,113.39 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 11.28 |  | 196,124.67 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 11.66 |  | 196,136.33 |
| 08/05/10 | {23} | LAW OFFICES OF JAMES BERT ZACZEK | Settlement of adversary per o/c 6-16-10 | 1241-000 | 2,500.00 |  | 198,636.33 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 11.78 |  | 198,648.11 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.89 |  | 198,653.00 |
| 10/08/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.14 |  | 198,654.14 |
| 10/14/10 | {23} | SHAW GUSSIS CLIENT TRUST ACCOUNT | Initial settlement payment per o/c 10-13-10 (held in trust pending entry of order) | 1241-000 | 6,667.00 |  | 205,321.14 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.01 |  | 205,325.15 |
| 11/09/10 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 6,669.00 |  | 211,994.15 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.17 |  | 211,999.32 |
| 12/03/10 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 6,669.00 |  | 218,668.32 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.54 |  | 218,673.86 |
| 01/04/11 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 6,777.00 |  | 225,450.86 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.69 |  | 225,456.55 |
| 02/01/11 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 6,772.00 |  | 232,228.55 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.32 |  | 232,233.87 |
| 03/07/11 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 6,900.00 |  | 239,133.87 |
| 03/17/11 |  | To Account #9200******3566 | Bond Premium | 9999-000 |  | 176.70 | 238,957.17 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 6.05 |  | 238,963.22 |
| 04/12/11 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 7,000.00 |  | 245,963.22 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 5.99 |  | 245,969.21 |
| 05/06/11 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 7,000.00 |  | 252,969.21 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 6.39 |  | 252,975.60 |
| 06/10/11 | {23} | NANCY LEE CARLSON | Installment payment | 1241-000 | 7,000.00 |  | 259,975.60 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.10 |  | 259,977.70 |
| 07/11/11 | {23} | NANCY LEE CARLSON | Settlement payment | 1241-000 | 7,000.00 |  | 266,977.70 |
| 07/13/11 |  | To Account #9200******3566 | Account Transfer- interim compensation | 9999-000 |  | 1,028.80 | 265,948.90 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.23 |  | 265,951.13 |
| 08/01/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 505.13 | 265,446.00 |
| 08/16/11 | {23} | NANCY LEE CARLSON | Installment payment | 1241-000 | 6,000.00 |  | 271,446.00 |

Subtotals :    $274,704.23    $3,258.23

{} Asset reference(s)

Printed: 08/27/2012 03:03 PM    V.13.03

Exhibit 9

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

**Case Number:** 07-20870  
**Case Name:** MISSION BAY SKI & BIKE, INC.  
**Taxpayer ID #:** **-***9819  
**Period Ending:** 08/27/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.27 | | 271,448.27 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 624.05 | 270,824.22 |
| 09/14/11 | {23} | NANCY LEE CARLSON | Final settlement payment | 1241-000 | 5,546.00 | | 276,370.22 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -18.22 | 276,388.44 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.24 | | 276,390.68 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 561.81 | 275,828.87 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.33 | | 275,831.20 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 547.88 | 275,283.32 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.25 | | 275,285.57 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 603.43 | 274,682.14 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.32 | | 274,684.46 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 564.41 | 274,120.05 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.32 | | 274,122.37 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 599.27 | 273,523.10 |
| 02/06/12 | 11001 | INTERNATIONAL SURETIES, LTD. | Bond Premium - 016026455 | 2300-000 | | 232.95 | 273,290.15 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 541.57 | 272,748.58 |
| 03/15/12 | 11002 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | Interim fees and expenses, per o/c 3-14-12 | | | 117,799.19 | 154,949.39 |
| | | | 112,958.00 | 3110-000 | | | 154,949.39 |
| | | | 4,841.19 | 3120-000 | | | 154,949.39 |
| 03/15/12 | 11003 | Alan D. Lasko & Associates, P.C. | Interim fees and expenses, per o/c 3-14-12 | | | 1,039.50 | 153,909.89 |
| | | | 1,022.00 | 3410-000 | | | 153,909.89 |
| | | | 17.50 | 3420-000 | | | 153,909.89 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 438.14 | 153,471.75 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 304.00 | 153,167.75 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 345.29 | 152,822.46 |
| 06/04/12 | {10} | THOMAS W. GOOCH & ASSOCIATES CLIENT TRUST ACCT | Estate's portion of Charles Dunlop malpractice action per o/c 3-10-10 | 1141-000 | 67,500.00 | | 220,322.46 |
| 07/26/12 | 11004 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | Dividend paid 100.00% on $117,738.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,780.50 | 215,541.96 |
| 07/26/12 | 11005 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | Dividend paid 100.00% on $4,994.79, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 153.60 | 215,388.36 |
| 07/26/12 | 11006 | ALAN D. LASKO & ASSOCIATES, | Dividend paid 100.00% on $9,505.53, | 3410-000 | | 1,251.00 | 214,137.36 |

Subtotals :  $73,059.73    $130,368.37

{} Asset reference(s)    Printed: 08/27/2012 03:03 PM    V.13.03

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

**Case Number:** 07-20870  
**Case Name:** MISSION BAY SKI & BIKE, INC.  

**Taxpayer ID #:** **-***9819  
**Period Ending:** 08/27/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | PC | Accountant for Trustee Fees (Other Firm); Reference: | | | | |
| 07/26/12 | 11007 | ALAN D. LASKO & ASSOCIATES | Dividend paid 100.00% on $119.15, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 21.50 | 214,115.86 |
| 07/26/12 | 11008 | Bruce Dopke | Dividend paid 46.02% on $167,132.00, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 76,917.45 | 137,198.41 |
| 07/26/12 | 11009 | Bruce Dopke | Dividend paid 46.02% on $1,298.20, Attorney for D-I-P Expenses (Chapter 11); Reference: | 6220-170 | | 597.46 | 136,600.95 |
| 07/26/12 | 11010 | Donald F. Engel | Dividend paid 46.02% on $105,970.50, Special Counsel Fees (Chapter 11); Reference: | 6210-600 | | 48,769.72 | 87,831.23 |
| 07/26/12 | 11011 | Donald F. Engel | Dividend paid 46.02% on $2,440.80, Special Counsel Expenses (Chapter 11); Reference: | 6220-610 | | 1,123.30 | 86,707.93 |
| 07/26/12 | 11012 | Top Deck Properties | Dividend paid 46.02% on $141,215.98, Admin. Rent (post-petition storage fees, leases, etc.) (Chapter 11); Reference: | 6920-000 | | 64,990.38 | 21,717.55 |
| 07/26/12 | 11013 | Internal Revenue Service/Dept of Treasury | Dividend paid 46.02% on $500.00, Income Taxes - Internal Revenue Service (Prior Chapter); Reference: | 6810-000 | | 230.11 | 21,487.44 |
| 07/26/12 | 11014 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 21,487.44 | 0.00 |
| | | | Dividend paid 100.00% on $21,437.34; Claim# A; Filed: $21,437.34 | 2100-000 | 21,437.34 | | 0.00 |
| | | | Dividend paid 100.00% on $50.10; Claim# B; Filed: $50.10 | 2200-000 | 50.10 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 347,763.96 | 347,763.96 | $0.00 |
| | | | Less: Bank Transfers | | 197,639.88 | 2,753.10 | |
| | | | **Subtotal** | | 150,124.08 | 345,010.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$150,124.08** | **$345,010.86** | |

{} Asset reference(s)

Printed: 08/27/2012 03:03 PM   V.13.03

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

**Case Number:** 07-20870  
**Case Name:** MISSION BAY SKI & BIKE, INC.  
**Taxpayer ID #:** **-***9819  
**Period Ending:** 08/27/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/23/10 | | From Account #9200******3565 | Account Transfer | 9999-000 | 1,547.60 | | 1,547.60 |
| 04/26/10 | 10110 | ALAN D. LASKO & ASSOCIATES, P.C. | Accountants fees and expenses | | | 1,547.60 | 0.00 |
| | | ALAN D. LASKO & ASSOCIATES, PC | 1,530.70 | 3410-000 | | | 0.00 |
| | | ALAN D. LASKO & ASSOCIATES | 16.90 | 3420-000 | | | 0.00 |
| 03/17/11 | | From Account #9200******3565 | Bond Premium | 9999-000 | 176.70 | | 176.70 |
| 03/21/11 | 10111 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 176.70 | 0.00 |
| 07/13/11 | | From Account #9200******3565 | Account Transfer- interim compensation | 9999-000 | 1,028.80 | | 1,028.80 |
| 07/15/11 | 10112 | ALAN D. LASKO & ASSOCIATES, P.C. | Third interim award of fees and expenses, per o/c 7-13-11 | | | 1,028.80 | 0.00 |
| | | | 1,012.10 | 3410-000 | | | 0.00 |
| | | | 16.70 | 3420-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,753.10 | 2,753.10 | $0.00 |
| | | | Less: Bank Transfers | | 2,753.10 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,753.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $2,753.10 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****35-65 | 194,617.39 | 0.00 | 0.00 |
| Checking # ***-*****35-66 | 0.00 | 15,982.79 | 0.00 |
| MMA # ***-*****35-67 | 19,005.28 | 0.00 | 0.00 |
| Checking # 9200-******35-65 | 150,124.08 | 345,010.86 | 0.00 |
| Checking # 9200-******35-66 | 0.00 | 2,753.10 | 0.00 |
| | $363,746.75 | $363,746.75 | $0.00 |

{} Asset reference(s)

Printed: 08/27/2012 03:03 PM    V.13.03